**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

<table>
<tr><td>

**COLUMBIA GAS TRANSMISSION, LLC,**

    **Plaintiff,**

**v.**

**84.53 ACRES OF LAND, MORE OR LESS, IN CALHOUN, MARSHALL, RITCHIE, TYLER AND WETZEL COUNTIES, WEST VIRGINIA;**

**FEE OWNER(S) / SURFACE OWNER(S)**

**1.24 ACRES ± PERMANENT EASEMENT, 1.79 ACRES ± TEMPORARY WORKSPACE AND 0.12 ACRES ± ADDITIONAL TEMPORARY WORKSPACE OF LAND IN CALHOUN COUNTY, WEST VIRGINIA**
**Parcel ID No.: 4-1-7**
**Timothy L. Schiele and Robin K. Schiele**
**5036 Taylor Road**
**Atwater, OH 44201**

**0.59 ACRES ± PERMANENT EASEMENT, 0.90 ACRES ± TEMPORARY WORKSPACE AND 0.06 ACRES ± ADDITIONAL TEMPORARY WORKSPACE OF LAND IN CALHOUN AND RITCHIE COUNTIES, WEST VIRGINIA**
**Parcel ID No.: 4-1-10.1**
**David R. Schiele**
**5036 Taylor Road**
**Atwater, OH 44201**

**Timothy L. Schiele and Robin K. Schiele**
**5036 Taylor Road**
**Atwater, OH 44201**

**2.94 ACRES ± PERMANENT EASEMENT, 4.48 ACRES ± TEMPORARY WORKSPACE, 0.69 ACRES ± ADDITIONAL TEMPORARY WORKSPACE AND 0.19 ACRES ± TEMPORARY ACCESS ROAD OF LAND IN MARSHALL COUNTY, WEST VIRGINIA**
**Parcel ID No.: 09-11-0012**

</td><td>

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

</td></tr>
</table>

**Civil Action No.:** <u>1:18-CV-9 (Keeley)</u>

ELECTRONICALLY FILED
Jan 12 2018
U.S. DISTRICT COURT
Northern District of WV

David E. Crow                                              )
327 Skyline Drive                                         )
Moundsville, WV 26041                                     )
                                                          )
Dianne Gellner                                            )
97 Ken Mar Drive                                          )
Wheeling, WV 26003                                        )
                                                          )
Donald Smotherman Sr.                                     )
700 Look Out Drive                                        )
Columbia, TN 38401                                        )
                                                          )
Kay Keyes                                                 )
201 Howard Avenue                                         )
Waynesboro, VA 22980                                      )
                                                          )
Ronald Edward Watson                                      )
103 Fields Court                                          )
Harbinger, NC 27941                                       )
                                                          )
1.91 ACRES + PERMANENT EASEMENT, 2.82                     )
ACRES + TEMPORARY WORKSPACE AND 0.19                      )
ACRES + ADDITIONAL TEMPORARY                              )
WORKSPACE OF LAND IN MARSHALL                             )
COUNTY, WEST VIRGINIA                                     )
Parcel ID No.:  09-14-0016                                )
Brenda E. George, f/k/a Brenda Lawrence Eggleston         )
3938 Circle Creek Road                                    )
Penhook, VA 24137                                         )
                                                          )
Charles R. Sutton                                         )
100 4th Avenue                                            )
Altoona, PA 16602                                         )
                                                          )
Connie Heckle                                             )
5957 Helicopter Road                                      )
Lake Wales, FL 33898                                      )
                                                          )
Duffy F. Westmoreland, Jr.                                )
2623 Cambridge Road                                       )
Burlington, NC 27215                                      )
                                                          )
James Adams                                               )
352 Fairchance Road                                       )
Morgantown, WV 26508                                      )
                                                          )

2

**Janet L. Sutton Kimble**      )
**248 Boundary Avenue**      )
**Elkins, WV 26241**      )
      )
**Lisa Luanne Eggleston**      )
**512 Forest Drive**      )
**Martinsville, VA 24112**      )
      )
**Lloyd E. Yoho**      )
**402 North Tarsus Road**      )
**Avon Park, FL 33825**      )
      )
**Mark Adams**      )
**Unknown Address**      )
      )
**Mary Curtis**      )
**21 West Jefferson Street**      )
**Amityville, NY 11701**      )
      )
**Matthew Eggleston**      )
**512 Forest Drive**      )
**Martinsville, VA 24112**      )
      )
**Sandra Mays Eggleston**      )
**215 Pool Street**      )
**Dobson, NC 27017**      )
      )
**3.82 ACRES + PERMANENT EASEMENT, 5.74**      )
**ACRES + TEMPORARY WORKSPACE, 0.88**      )
**ACRES + ADDITIONAL TEMPORARY**      )
**WORKSPACE AND 2.61 ACRES + TEMPORARY**      )
**ACCESS ROAD OF LAND IN MARSHALL**      )
**COUNTY, WEST VIRGINIA**      )
**Parcel ID No.:  09-21-5**      )
**Appalachia Midstream Services, LLC**      )
**c/o CT Corporation System**      )
**5400 D Big TYLER Road**      )
**Charleston, WV 25313**      )
      )
**1.44 ACRES + PERMANENT EASEMENT, 1.57**      )
**ACRES + TEMPORARY WORKSPACE AND 0.10**      )
**ACRES + ADDITIONAL TEMPORARY**      )
**WORKSPACE OF LAND IN RITCHIE COUNTY,**      )
**WEST VIRGINIA**      )
**Parcel ID No.:  10-21-3**      )
**Dallas F. Smith**      )

251 Smiths Run Road                                    )
Harrisville, WV 26362                                  )
                                                       )
**0.65 ACRES + TEMPORARY ACCESS ROAD OF**              )
**LAND IN RITCHIE COUNTY, WEST VIRGINIA**              )
**Parcel ID No.:  10-20-8**                            )
**Christopher Weekley and Margaret Weekley**           )
**(Spouse)**                                           )
**987 Middle Island Creek Road**                       )
**St. Mary's, WV 26170**                               )
                                                       )
**David M. Weekley and Rebecca L. Weekley**            )
**987 Middle Island Creek Road**                       )
**St. Mary's, WV 26170**                               )
                                                       )
**Mary Lou Weekley**                                   )
**987 Middle Island Creek Road**                       )
**St. Marys, WV 26170**                                )
                                                       )
**1.98 ACRES + PERMANENT EASEMENT, 2.96**              )
**ACRES + TEMPORARY WORKSPACE, 0.35**                  )
**ACRES + ADDITIONAL TEMPORARY**                       )
**WORKSPACE AND 0.66 ACRES + TEMPORARY**               )
**ACCESS ROAD OF LAND IN RITCHIE COUNTY,**             )
**WEST VIRGINIA**                                      )
**Parcel ID No.:  10-25-11.2**                         )
**Kendall B. Hodge and Tracy J. Hodge**                )
**3193 Ellenboro Road**                                )
**Harrisville, WV 26362**                              )
                                                       )
**Roger A. Hodge and Deanna L. Hodge**                 )
**3193 Ellenboro Road**                                )
**Harrisville, WV 26362**                              )
                                                       )
**0.04 ACRES + PERMANENT EASEMENT, 0.27**              )
**ACRES + TEMPORARY WORKSPACE AND 1.07**               )
**ACRES + ADDITIONAL TEMPORARY**                       )
**WORKSPACE OF LAND IN RITCHIE COUNTY,**               )
**WEST VIRGINIA**                                      )
**Parcel ID No.:  10-25-11.3**                         )
**Kendall B. Hodge and Tracy J. Hodge**                )
**3193 Ellenboro Road**                                )
**Harrisville, WV 26362**                              )
                                                       )
**Roger A. Hodge and Deanna L. Hodge**                 )
**3193 Ellenboro Road**                                )

4

Harrisville, WV 26362                                    )
                                                        )
0.03 ACRES + TEMPORARY WORKSPACE AND                    )
0.06 ACRES + ADDITIONAL TEMPORARY                       )
WORKSPACE OF LAND IN RITCHIE COUNTY,                    )
WEST VIRGINIA                                           )
Parcel ID No.:  10-25-13                                )
Carolynn Hodge                                          )
3165 Ellenboro                                          )
Harrisville, WV  26362                                  )
                                                        )
David I. Hodge                                          )
3165 Ellenboro                                          )
Harrisville, WV  26362                                  )
                                                        )
Martha Keller                                           )
501 E. South Street                                     )
Harrisville, WV  26362                                  )
                                                        )
Michael A. Kellar                                       )
501 E. South Street                                     )
Harrisville, WV  26362                                  )
                                                        )
4.14 ACRES + ADDITIONAL TEMPORARY                       )
WORKSPACE OF LAND IN RITCHIE COUNTY,                    )
WEST VIRGINIA                                           )
Parcel ID No.:  10-25-20                                )
Kendall B. Hodge and Tracy J. Hodge                     )
3193 Ellenboro Road                                     )
Harrisville, WV 26362                                   )
                                                        )
Roger A. Hodge and Deanna L. Hodge                      )
3193 Ellenboro Road                                     )
Harrisville, WV 26362                                   )
                                                        )
0.01 ACRES + PERMANENT EASEMENT AND                     )
0.02 ACRES + TEMPORARY WORKSPACE OF                     )
LAND IN RITCHIE COUNTY, WEST VIRGINIA                   )
Parcel ID No.:  10-25-21                                )
Kendall B. Hodge and Tracy J. Hodge                     )
3193 Ellenboro Road                                     )
Harrisville, WV 26362                                   )
                                                        )
Roger A. Hodge and Deanna L. Hodge                      )
3193 Ellenboro Road                                     )
Harrisville, WV 26362                                   )

5

0.76 ACRES ± PERMANENT EASEMENT, 1.55   )
ACRES ± TEMPORARY WORKSPACE, 0.12   )
ACRES ± ADDITIONAL TEMPORARY   )
WORKSPACE AND 0.38 ACRES ± TEMPORARY   )
ACCESS ROAD OF LAND IN RITCHIE COUNTY,   )
WEST VIRGINIA   )
Parcel ID No.:  10-29-8   )
George T. Mayes and Sherre R. Mayes   )
3809 South Netty Drive   )
Norton, OH 44203   )
   )
1.26 ACRES ± PERMANENT EASEMENT, 1.47   )
ACRES ± TEMPORARY WORKSPACE AND 0.13   )
ACRES ± TEMPORARY ACCESS ROAD OF LAND   )
IN RITCHIE COUNTY, WEST VIRGINIA   )
Parcel ID No.:  10-29-8.3   )
George T. Mayes and Sherre R. Mayes   )
3809 South Netty Drive   )
Norton, OH 44203   )
   )
0.42 ACRES ± PERMANENT EASEMENT AND   )
0.61 ACRES ± TEMPORARY WORKSPACE OF   )
LAND IN RITCHIE COUNTY, WEST VIRGINIA   )
Parcel ID No.:  7-13-37   )
Doris L. Davis   )
6647 Prunty Road   )
Harrisville, WV 26362   )
   )
0.18 ACRES ± PERMANENT EASEMENT, 0.33   )
ACRES ± TEMPORARY WORKSPACE AND 2.66   )
ACRES ± ADDITIONAL TEMPORARY   )
WORKSPACE IN RITCHIE COUNTY, WEST   )
VIRGINIA   )
Parcel ID No.:  7-20-15   )
Pat L. Boone   )
2812 Hazelgreen Road   )
Harrisville, WV 26362   )
   )
0.11 ACRES ± PERMANENT EASEMENT AND   )
0.19 ACRES ± TEMPORARY WORKSPACE OF   )
LAND IN RITCHIE COUNTY, WEST VIRGINIA   )
Parcel ID No.:  07-21-2   )
Lisa Davis-Heller   )
266 Papaw Lane   )
Saint Mary's, WV 26170   )

105623662\V-8

**1.24 ACRES ± PERMANENT EASEMENT, 1.90**  )
**ACRES ± TEMPORARY WORKSPACE, 6.00**  )
**ACRES ± ADDITIONAL TEMPORARY**  )
**WORKSPACE AND 0.56 ACRES ± TEMPORARY**  )
**ACCESS ROAD OF LAND IN RITCHIE COUNTY,**  )
**WEST VIRGINIA**  )
**Parcel ID No.:  07-27-3**  )
**Richard Dale Barker**  )
**109 Tahoe Street**  )
**Buckhannon, WV 26201**  )
                                          )
**0.69 ACRES ± PERMANENT EASEMENT, 0.98**  )
**ACRES ± TEMPORARY WORKSPACE AND 0.49**  )
**ACRES ± ADDITIONAL TEMPORARY**  )
**WORKSPACE OF LAND IN RITCHIE COUNTY,**  )
**WEST VIRGINIA**  )
**Parcel ID No.:  07-27-4**  )
**Richard Dale Barker**  )
**109 Tahoe Street**  )
**Buckhannon, WV 26201**  )
                                          )
**1.43 ACRES ± PERMANENT EASEMENT, 2.06**  )
**ACRES ± TEMPORARY WORKSPACE AND 0.06**  )
**ACRES ± ADDITIONAL TEMPORARY**  )
**WORKSPACE OF LAND IN TYLER COUNTY,**  )
**WEST VIRGINIA**  )
**Parcel ID No.:  05-8-34**  )
**Ascent Resources Marcellus Minerals, LLC**  )
**c/o Capitol Corporate Services, Inc.**  )
**206 E. 9th, Suite 1300**  )
**Austin, TX 78701**  )
                                          )
**Jannett S. Doak**  )
**232 East Piney Avenue**  )
**Dickson, TN 37055**  )
                                          )
**Paul A. Brunner**  )
**1646 22nd Avenue**  )
**San Francisco, CA 94122**  )
                                          )
**1.05 ACRES ± PERMANENT EASEMENT, 1.62**  )
**ACRES ± TEMPORARY WORKSPACE, 0.55**  )
**ACRES ± ADDITIONAL TEMPORARY**  )
**WORKSPACE AND 1.04 ACRES ± TEMPORARY**  )
**ACCESS ROAD OF LAND IN WETZEL COUNTY,**  )

7

WEST VIRGINIA )
Parcel ID No.:  12-9-45 )
Norman E. Keeney, Jr. and Nancy M. Keeney )
1397 Old Westminster Road )
Westminster, MD 21157 )
  )
1.56 ACRES + PERMANENT EASEMENT, 2.22 )
ACRES + TEMPORARY WORKSPACE, 0.52 )
ACRES + ADDITIONAL TEMPORARY )
WORKSPACE AND 0.66 ACRES + TEMPORARY )
ACCESS ROAD OF LAND IN WETZEL COUNTY, )
WEST VIRGINIA )
Parcel ID No.:  12-14-4.1 )
Appalachia Midstream Services, LLC )
c/o CT Corporation System )
5400 D Big TYLER Road )
Charleston, WV 25313 )
  )
0.87 ACRES + PERMANENT EASEMENT AND )
0.75 ACRES + TEMPORARY WORKSPACE OF )
LAND IN WETZEL COUNTY, WEST VIRGINIA )
Parcel ID No.:  12-14-24 )
Catherine L. Goddard and James M. Ledergerber )
8291 Cairn Court )
Reynoldsburg, OH 43068 )
  )
0.59 ACRES + PERMANENT EASEMENT, 0.94 )
ACRES + TEMPORARY WORKSPACE AND 0.24 )
ACRES + ADDITIONAL TEMPORARY )
WORKSPACE OF LAND IN WETZEL COUNTY, )
WEST VIRGINIA )
Parcel ID No.:  01-09-0009 )
Ada L. Riggs )
4276 Chevaux De Frise Rd )
Harrisville, WV  26362 )
  )
Deborah Lynn Robinson, a/k/a Debra Lynn Robinson )
Bever )
110 West South Street )
Harrisville, WV 26362 )
  )
Kevin Goff )
2393 Elk Fork Road )
Middlebourne, WV 26149 )
  )
Potential Unknown Others )

**POTENTIAL other parties in interest**                    )
                                                           )
                                                           )
**Advanced Recovery, Inc.**                                )
**c/o West Virginia Secretary of State**                   )
**Bldg. 1, Suite 157-K**                                   )
**1900 Kanawha Blvd. East**                                )
**Charleston, WV 25305**                                   )
                                                           )
**Alfred Andrew Smith**                                    )
**8283 Wells Crossing**                                    )
**West Chester, OH 45069**                                 )
                                                           )
**Alice Marlene Persinger**                                )
**124 Tracey Lane**                                        )
**Moundsville, WV 26041**                                  )
                                                           )
**All State Energy Corporation**                           )
**c/o K. P. Goodnight**                                    )
**Corner of 47 & 16**                                      )
**11619 Smithville Road**                                  )
**Smithville, WV 26178**                                   )
                                                           )
**American Energy - Marcellus Minerals, LLC**              )
**c/o Steptoe & Johnson PLLC**                             )
**Chase Tower, 8th Floor**                                 )
**707 Virginia Street East**                               )
**Charleston, WV 25301**                                   )
                                                           )
**Anna M. Harris, or her Unknown Heirs**                   )
**Unknown Address**                                        )
                                                           )
**Anna Merle Gill**                                        )
**1934 Lantern Drive**                                     )
**Jefferson, GA 30549**                                    )
                                                           )
**Antero Midstream LLC**                                   )
**c/o CT Corporation System**                              )
**5400 D Big Tyler Road**                                  )
**Charleston, WV 25313**                                   )
                                                           )
**Antero Midstream Partners, LP**                          )
**c/o CT Corporation System**                              )
**5400 D Big Tyler Road**                                  )
**Charleston, WV 25313**                                   )
                                                           )

105623662\V-8

**Antero Resources Appalachian Corporation**    )
**c/o CT Corporation System**    )
**5400 D Big Tyler Road**    )
**Charleston, WV 25313**    )
    )
**Antero Resources Corporation**    )
**c/o CT Corporation System**    )
**5400 D Big Tyler Road**    )
**Charleston, WV 25313**    )
    )
**Antero Treatment LLC**    )
**c/o CT Corporation System**    )
**5400 D Big Tyler Road**    )
**Charleston, WV 25313**    )
    )
**Antero Water LLC**    )
**c/o CT Corporation System**    )
**5400 D Big Tyler Road**    )
**Charleston, WV 25313**    )
    )
**Anvil Oil & Gas Co., Inc.**    )
**c/o Justin L. Henderson**    )
**1006 Gaston Avenue**    )
**Fairmont, WV 26554**    )
    )
**Appalachia Midstream Services, LLC**    )
**c/o CT Corporation System**    )
**5400 D Big Tyler Road**    )
**Charleston, WV 25313**    )
    )
**April M. Weed**    )
**2656 Warwood Avenue**    )
**Wheeling, WV 26003**    )
    )
**Arelena B. Horner and Quay Allen Horner**    )
**2992 Waymans Ridge**    )
**Moundsville, WV 26041**    )
    )
**Armstrong Telephone Company - Northern Division**    )
**c/o National Registered Agents, Inc.**    )
**5400 D Big Tyler Road**    )
**Charleston, WV 25313**    )
    )
**Atlantic Credit & Finance Special Finance Unit LLC**    )
**c/o Corporation Service Company**    )
**209 West Washington Street**    )

Charleston, WV 25302                                          )
                                                             )
**Audrey Heaton**                                            )
**Unknown Address**                                          )
                                                             )
**B&D Properties, LLC**                                      )
**c/o Douglas Pitzer**                                       )
**5612 State Route 34**                                      )
**Winfield, WV 25213**                                       )
                                                             )
**B. Scott Wolfe**                                           )
**817 East Main Street**                                     )
**Harrisville, WV 26362**                                    )
                                                             )
**Barbara Jean Tomaszczyk and Lawrence M.**                  )
**Tomaszczyk**                                               )
**43609 State Route 255**                                    )
**Woodsfield, OH 43793**                                     )
                                                             )
**Barbara Kay Siburt**                                       )
**29 Hidden View Drive**                                     )
**Moundsville, WV 26041**                                    )
                                                             )
**Ben H. Barker**                                            )
**c/o Sam Barker**                                           )
**503 West Main Street**                                     )
**East Prairie, MO 63845**                                   )
                                                             )
**Betty Lou Huff n/k/a Betty Lou Huggins and Ollie**         )
**Charles Huggins**                                          )
**54 Linden Avenue**                                         )
**Moundsville, WV 26041**                                    )
                                                             )
**Bety L. Loges**                                            )
**655 Mozart Road**                                          )
**Wheeling, WV 26003**                                       )
                                                             )
**Beverly Kathryn Goddard**                                  )
**52607 Union Street**                                       )
**Hannibal, OH 43931**                                       )
                                                             )
**Blackrock Enterprises, LLC**                               )
**c/o Michael L. Benedum**                                   )
**1734 Raccoon Run Road**                                    )
**Salem, WV 26426**                                          )
                                                             )

11

Bounty Minerals, LLC                                          )
c/o CT Corporation System                                    )
5400 D Big Tyler Road                                        )
Charleston, WV 25313                                         )
                                                             )
Brenda K. Yoho                                               )
378 Limestone Hill Lane                                      )
Moundsville, WV 26041                                        )
                                                             )
Brenda Kay Coffield f/k/a Brenda Kay Hudkins                 )
Coffield and William E. Coffield                             )
5347 Waynesburg Pike Road                                    )
Moundsville, WV 26041                                        )
                                                             )
Brian K. Crow                                                )
121 Trayon Lane                                              )
Moundsville, WV 26041                                        )
                                                             )
Bruce Lynn Johnson and Kimberly A. Johnson                   )
421 North 7th Street                                         )
Cambridge, OH 43725                                          )
                                                             )
Buckeye Oil Producing Co.                                    )
c/o Henry W. Sinnett                                         )
1923 Yellow Creek Road                                       )
Big Bend, WV 26136                                           )
                                                             )
Buckeye Royalty Holdings, LLC                                )
c/o Adam Briggs                                              )
544 East Liberty Street                                      )
Wooster, OH 44691                                            )
                                                             )
Burley Junior Barker                                         )
Unknown Address                                              )
                                                             )
Burning Springs Energy, LLC                                  )
c/o Jared C. Hall                                            )
5620 DuPont Road                                             )
Parkersburg, WV 26101                                        )
                                                             )
CAD Energy Corp.                                             )
c/o Russell Hupp                                             )
10318 Little Kanawha Parkway                                 )
Creston, WV 26141                                            )
                                                             )
Carl F. Barker, Jr.                                          )

105623662\V-8

**609 Little Kanawha River Road**     )
**Parkersburg, WV 26101**     )
    )
**Carlene Frederick**     )
**2234 Nobe Road**     )
**Big Springs, WV 26137**     )
    )
**Carnegie Natural Gas Company**     )
**c/o West Virginia Secretary of State**     )
**Bldg. 1, Suite 157-K**     )
**1900 Kanawha Blvd. East**     )
**Charleston, WV 25305**     )
    )
**Carol Ann Yeater**     )
**15470 Proctor Creek Road**     )
**New Martinsville, WV 26155**     )
    )
**Carolyn Sue Franklin and Raymond Eugene Franklin**     )
**392 Deerfield Drive**     )
**Moundsville, WV 26041**     )
    )
**Carrie E. Duso**     )
**1389 Hagadorn Road**     )
**Mason, MI 48854**     )
    )
**Carroll Stull**     )
**c/o Nancy Lee White Stull**     )
**175 Maple Lake**     )
**Bridgeport, WV 26330**     )
    )
**Chad W. Johnson**     )
**509 Heritage Road**     )
**Bridgeport, WV 26330**     )
    )
**Charles Franklin Wass**     )
**66 Jesse Cain Run**     )
**Harrisville, WV 26362**     )
    )
**Charles Leroy Leach and Martha G. Leach**     )
**2900 2nd Avenue E**     )
**Tuscaloosa, AL 35401**     )
    )
**Charles Vannoy**     )
**Unknown Address**     )
    )
**Charlie M. Turner and Bessie M. Turner**     )

**87 Wallace Lane**                                              )
**Jayess, MS 39641**                                            )
                                                                )
**Chester LeRoy Davis**                                         )
**3006 Cherry Hill Blvd**                                       )
**Beaufort, SC 29902**                                          )
                                                                )
**Christopher C. Weekley**                                      )
**1209 13th Street**                                            )
**Parkersburg, WV 26101**                                       )
                                                                )
**Christy L. Glover**                                           )
**725 West Drive**                                              )
**New Martinsville, WV 26155**                                  )
                                                                )
**Cindy J. Goddard n/k/a Cindy J. Fulks and Darnell L.**        )
**Fulks**                                                       )
**2465 Buck Run Road**                                          )
**Sistersville, WV 26175**                                      )
                                                                )
**Clarence Barker, Jr.**                                        )
**92 Township Road 510 North**                                  )
**South Point, OH 45680**                                       )
                                                                )
**CNX Gas Company LLC**                                         )
**c/o CT Corporation System**                                   )
**5400 D Big Tyler Road**                                       )
**Charleston, WV 25313**                                        )
                                                                )
**CNX Land LLC**                                                )
**c/o CT Corporation System**                                   )
**5400 D Big Tyler Road**                                       )
**Charleston, WV 25313**                                        )
                                                                )
**CNX RCPC LLC**                                                )
**c/o CT Corporation System**                                   )
**5400 D Big Tyler Road**                                       )
**Charleston, WV 25313**                                        )
                                                                )
**Connie Heckle**                                               )
**5957 Helicopter Road**                                        )
**Lake Wales, FL 33898**                                        )
                                                                )
**Connie Sue Douglas and Ronnie J. Douglas**                    )
**11007 Lee Settlement Road**                                   )
**Folsom, LA 70437**                                            )

105623662\V-8

Conrhein Coal Company )
1800 Washington Road )
Pittsburgh, PA 15241 )
)
Consol Pennsylvania Coal Company LLC )
c/o CT Corporation System )
5400 D Big Tyler Road )
Charleston, WV 25313 )
)
Consolidation Coal Company )
c/o CT Corporation System )
5400 D Big Tyler Road )
Charleston, WV 25313 )
)
Coraline Smith )
Unknown Address )
)
Coy R. Barker )
c/o Allison Dorothy Barker )
231 Laurel Lanes )
Clarksburg, WV 26301 )
)
Curtis W. West, Jr. and Diane West )
287 Foster Lane )
Moundsville, WV 26041 )
)
Daisy Beardshaw )
c/o Allison Dorothy Barker )
231 Laurel Lanes )
Clarksburg, WV 26301 )
)
Daniel Lee Ashley, Jr. and Dawn Michelle Ashley )
7771 High Mill Avenue NW )
Canal Fulton, OH 44614 )
)
David Charles Welch )
1307 Darwin Street )
Odenton, MD 21113 )
)
David E. Bowyer )
12088 Middle Island Road )
Alma, WV 26230 )
)
David E. Crow )
327 Skyline Drive )

15

Moundsville, WV 26041                              )
                                                   )
David Lee Baker and Ann F. Baker                   )
4707 US HWY 220 S                                  )
Asheboro, NC 27205                                 )
                                                   )
David S. Tingler                                   )
Unknown Address                                    )
                                                   )
Deborah Irene Pierce and Barrett Lee Pierce        )
158 Townsend Drive                                 )
Florence, MS 39073                                 )
                                                   )
Deborah Kay Cooley n/k/a Deborah Kay Beck and      )
Robert T. Beck                                     )
426 Colton Street                                  )
Pittsburgh, PA 15209                               )
                                                   )
Deborah L. Mercer                                  )
101 Main Street                                    )
Wheeling, WV 26003                                 )
                                                   )
Deborah S. Kackley and Robert A. Kackley           )
8614 Shelbyville Place                             )
Dublin, OH 43016                                   )
                                                   )
Debra Jean Lancaster and Darrell R. Lancaster      )
1099 Sorghum Ridge Road                            )
Wheeling, WV 26003                                 )
                                                   )
Delbert McBee                                      )
2029 8th Street                                    )
Cuyahoga Falls, OH 44221                           )
                                                   )
Delores A. Bowers and Leonard B. Bowers            )
68945 Mutton Hollow Road                           )
Bridgeport, OH 43912                               )
                                                   )
Delores Wallace a/k/a Delores A. Wallace           )
64850 Beth Drive                                   )
Bellaire, OH 43906                                 )
                                                   )
Dennis B. Wass                                     )
400 Maryland Avenue                                )
Harrisville, WV 26362                              )
                                                   )

16

105623662\V-8

**Dennis Barker**                                          )
**973 Fonzo Road**                                         )
**Smithville, WV 26178**                                   )
                                                           )
**Denver Barker**                                          )
**c/o Harold Barker**                                      )
**3108 Klingler Road**                                     )
**Ada, OH 45810**                                          )
                                                           )
**Derek M. Mason**                                         )
**1546 Old Bramble Lane**                                  )
**Fuquay, VA 27526**                                       )
                                                           )
**Desire L. Crow**                                         )
**2291 East Spring Valley Paintersville Road**             )
**Xenia, OH 45385**                                        )
                                                           )
**Devisees of Ora L. Goff**                                )
**Unknown Address**                                        )
                                                           )
**Diane Lynn Bumgardner**                                  )
**1020 Gillespie Run Road**                                )
**Harrisville, WV 26362**                                  )
                                                           )
**Dianne Gellner and Gary Gellner**                        )
**97 Ken Mar Drive**                                       )
**Wheeling, WV 26003**                                     )
                                                           )
**Donald Goff and Vivian Goff**                            )
**Unknown Address**                                        )
                                                           )
**Donald Grizzel and Sandra Grizzel**                      )
**6800 Delora Avenue**                                     )
**Brooklyn, OH 44144**                                     )
                                                           )
**Donald Paul Crow and Crystal Lynn Crow**                 )
**100 Granite Road**                                       )
**Moundsville, WV 26041**                                  )
                                                           )
**Donnie Jason Hedgepeth and Karen L. Hedgepeth**          )
**1306 HWY 51 SE**                                         )
**Bogue Chitto, MS 39629**                                 )
                                                           )
**Doris L. Davis**                                         )
**6647 Prunty Road**                                       )
**Harrisville, WV 26362**                                  )

17

**Dorothy Pierce** )
**Unknown Address** )
)
**Doy G. Barker** )
**c/o Allison Dorothy Barker** )
**231 Laurel Lanes** )
**Clarksburg, WV 26301** )
)
**East Resources, Inc.** )
**c/o Cogency Global, Inc.** )
**1627 Quarrier Street East** )
**Charleston, WV 25311** )
)
**Edna Tingler** )
**Unknown Address** )
)
**Edward H. Ault and Sandra S. Ault, and their** )
**immediate family** )
**2705 14th Ave** )
**Vienna, WV 26105** )
)
**Edwin Summers** )
**Unknown Address** )
)
**Elaine Phelps and Darrell Lee Phelps** )
**925 Federal Street** )
**Toronto, OH 43964** )
)
**Elder Oil Company** )
**c/o Janice Elder Petry** )
**Route 1, Box 257** )
**Cairo, WV 26337** )
)
**Ella Ione Boone** )
**5 Hill Circle** )
**Lexington, VA 24450** )
)
**Ella Ione Boone and French Boone** )
**5 Hill Circle** )
**Lexington, VA 24450** )
)
**Eltha Lee Davis** )
**c/o Chester L. Davis** )
**3006 Cherry Hill Blvd** )
**Beaufort, SC 29902** )

18

| | )|
|---|---|
|**Eltha Lee Davis and LeRoy Davis** | )|
|**3006 Cherry Hill Blvd** | )|
|**Beaufort, SC 29902** | )|
| | )|
|**Emily Sue Barker** | )|
|**900 Old Womans Run** | )|
|**Sutton, WV 26601** | )|
| | )|
|**Emily Sue Barker and Phillip Alan Barker** | )|
|**900 Old Womans Run** | )|
|**Sutton, WV 26601** | )|
| | )|
|**Ethelyn Mae Weaver** | )|
|**912 Donegal Drive East** | )|
|**Follansbee, WV 26037** | )|
| | )|
|**Eugene Barker** | )|
|**c/o Harold Barker** | )|
|**3108 Klingler Road** | )|
|**Ada, OH 45810** | )|
| | )|
|**Eva L. Fawcett** | )|
|**589 Fayette Street** | )|
|**Washington, PA 15301** | )|
| | )|
|**Everett Simmons** | )|
|**199 Chelsea Street** | )|
|**Sistersville, WV 26175** | )|
| | )|
|**Ezra Howard Cochran** | )|
|**6664 SE 55th Street** | )|
|**Okeechobee, FL 34974** | )|
| | )|
|**Fanny Lue Wilson** | )|
|**Unknown Address** | )|
| | )|
|**First National Bank in West Union** | )|
|**c/o Rock S. Wilson & Lorraine Brissel, Trustees** | )|
|**4377 Lamberton Road** | )|
|**Pennsboro, WV 26415** | )|
| | )|
|**Frances Coffey** | )|
|**1907 Fast Circle** | )|
|**Hampton, VA 23663** | )|
| | )|

105623662\V-8

Franklin Barker                                             )
Unknown Address                                             )
                                                            )
Franklin Maxwell Heirs Limited Partnership No. 2            )
c/o Stephen H. Maxwell                                      )
529 West Pike Street                                        )
Clarksburg, WV 26301                                        )
                                                            )
Freda Stull Moore                                           )
Unknown Address                                             )
                                                            )
Frontier West Virginia, Inc.                                )
c/o Corporation Service Company                             )
209 West Washington Street                                  )
Charleston, WV 25302                                        )
                                                            )
G. C. Morrow                                                )
Unknown Address                                             )
                                                            )
George Frederick                                            )
7577 North Calhoun Highway                                  )
Big Springs, WV 26137                                       )
                                                            )
Georgia Virginia Atkinson                                   )
54 Brady Lane                                               )
Parkersburg, WV 26104                                       )
                                                            )
Gladys J. Miller                                            )
Unknown Address                                             )
                                                            )
Gladys Lee Hudgins                                          )
Unknown Address                                             )
                                                            )
Goldie S. Fleming                                           )
c/o Goldie S. Fleming or Judy Mae Rogers                    )
436 Clemens Road                                            )
Anacoco, LA 71403                                           )
                                                            )
Gregory S. Crow                                             )
231 Canyon Creek Drive                                      )
Moundsville, WV 26041                                       )
                                                            )
Haddad and Brooks, Inc.                                     )
c/o Jerrold J. Hopkins                                      )
Suite 700                                                   )
30 East Beau Street                                         )

Washington, PA 15301       )
              )
Harold B. Crow and Connie Sue Crow  )
245 Canyon Creek Drive     )
Moundsville, WV 26041     )
              )
Harold Henry Blake and Donna M. Blake )
2107 Pleasant Avenue      )
Wellsburg, WV 26070      )
              )
Harriett J. Anderson      )
725 Dogwood Lane       )
Waxahachie, TX 75165     )
              )
Harry D. Barker and Virgie M. Barker )
481 Fonzo Road       )
Smithville, WV 26178      )
              )
Harry Dale Barker      )
481 Fonzo Road       )
Smithville, WV 26178      )
              )
Hazel Cummins       )
Unknown Address       )
              )
Heirs of Creed Barker      )
Unknown Address       )
              )
Heirs of Susan E. Holstine    )
Unknown Address       )
              )
Heirs or assigns of Harrison Barker  )
c/o Harold Barker       )
3108 Klingler Road      )
Ada, OH 45810       )
              )
Helen B. Harris       )
Unknown Address       )
              )
Helen Marie Crow n/k/a Helen Marie McCray and )
David E. McCray       )
14678 Navarre Road SW     )
Wilmot, OH 44689      )
              )
Henry H. Barker       )
Unknown Address       )

21

**Hergil Barker**                                    )
**c/o Harold Barker**                                )
**3108 Klingler Road**                               )
**Ada, OH 45810**                                    )
                                                     )
**Herman L. Wass**                                   )
**200 Chevaux De Frise Road**                        )
**Harrisville, WV 26362**                            )
                                                     )
**HG Energy II Appalachia, LLC**                     )
**c/o Jared C. Hall**                                )
**5260 Dupont Road**                                 )
**Parkersburg, WV 26101**                            )
                                                     )
**Hilda A. Wass**                                    )
**1506 14th Street**                                 )
**Parkersburg, WV 26101**                            )
                                                     )
**I.L. Morris, Mike Ross, Inc.**                     )
**c/o Michael Ross**                                 )
**10 Broadway Avenue**                               )
**Coalton, WV 26257**                                )
                                                     )
**Irene Newlon**                                     )
**Unknown Address**                                  )
                                                     )
**J&N Management Enterprises, LLC**                  )
**c/o Jeremiah S. Mulligan, Esq.**                   )
**24 Cathedral Place, Suite 200**                    )
**St. Augustine, FL 32084**                          )
                                                     )
**J. Frank Deem**                                    )
**5581 2nd Avenue**                                  )
**Vienna, WV 26105**                                 )
                                                     )
**J.F. Deem Oil & Gas, LLC**                         )
**c/o J. Frank Deem**                                )
**4541 Emerson Avenue**                              )
**Parkersburg, WV 26104**                            )
                                                     )
**Jack L. Crow, Jr. and Virginia L. Crow**           )
**101 Washington Lands Road, Apartment A1**          )
**Moundsville, WV 26041**                            )
                                                     )
**Jacqueline Holiday and James P. Holiday**          )

105623662\V-8

**15057 Pinecrest Road**                          )
**Frazeysburg, OH 43822**                         )
                                                  )
**James P. Holiday**                              )
**16159 Township Road 393**                       )
**Frazeysburg, OH 43822**                         )
                                                  )
**Jacqueline Holliday**                           )
**15057 Pinecrest Road**                          )
**Frazeysburg, OH 43822**                         )
                                                  )
**James B. Crow and Penny G. Crow**               )
**187 Canyon Creek Drive**                        )
**Moundsville, WV 26041**                         )
                                                  )
**James Earl Siburt and Margaret L. Siburt**      )
**279 Campbell Hill Road**                        )
**Moundsville, WV 26041**                         )
                                                  )
**James M. Barker**                               )
**Unknown Address**                               )
                                                  )
**Janet M. Stanley**                              )
**1410 Lynn Camp Road**                           )
**Pennsboro, WV 26415**                           )
                                                  )
**Janice F. Brookover**                           )
**111 Olive Avenue**                              )
**Moundsville, WV 26041**                         )
                                                  )
**Jay Vandenbos**                                 )
**Unknown Address**                               )
                                                  )
**Jay-Bee Production Company**                     )
**c/o Randy Broda**                               )
**1720 Route 22 East**                            )
**Union, NJ 07083**                               )
                                                  )
**Jeanette M. Heath**                             )
**2685 Waymans Ridge**                            )
**Moundsville, WV 26041**                         )
                                                  )
**Jerry Howell**                                  )
**10 Nanny Thames Road**                          )
**Jayess, MS 39641**                              )
                                                  )

**Jettie Belle Stanley**                                    )
**750 State Park Road**                                     )
**Harrisville, WV 26362**                                   )
                                                            )
**Joann Mercer**                                            )
**3135 Jacob Street**                                       )
**Wheeling, WV 26003**                                      )
                                                            )
**John Crow**                                               )
**128 N 19th Street, #1**                                   )
**Wheeling, WV 26003**                                      )
                                                            )
**John M. Haught a/k/a John M. Haught, Jr. and**            )
**Cheryl A. Haught**                                        )
**185 Longstreet Drive**                                    )
**Gettysburg, PA 17325**                                    )
                                                            )
**John M. Schrantz**                                        )
**6538 Gale Drive**                                         )
**Seven Hills, OH 44131**                                   )
                                                            )
**John M. Spencer**                                         )
**4276 Chevaux De Frise Road**                              )
**Harrisville, WV 26362**                                   )
                                                            )
**John R. Gorby and Lois L. Gorby**                         )
**388 Skyline Drive**                                       )
**Moundsville, WV 26041**                                   )
                                                            )
**John Wesley Wass**                                        )
**64 Timberland Drive**                                     )
**Parkersburg, WV 26104**                                   )
                                                            )
**Joseph Jeremy Palmer**                                    )
**200 Garvins Lane**                                        )
**Wheeling, WV 26003**                                      )
                                                            )
**Josephine Barker**                                        )
**Unknown Address**                                         )
                                                            )
**Joyce D. Jones**                                          )
**123 Carolina Lake Drive**                                 )
**Daytona Beach, FL 32114**                                 )
                                                            )
**Juanita Caroline Coram**                                  )
**c/o Larry Bills**                                         )

105623662\V-8

6704 Cow Creek Road )
Saint Mary's WV 26170 )
)
Juanita G. Stull )
304 East Bellefonte Avenue )
Alexandria, VA 22301 )
)
Judy A. Elizey and Clyde E. Elizey, Jr. )
425 Cranfield Road #B )
Roxie, MS 39661 )
)
Judy Deloris Siburt )
37 Stewart Street )
Moundsville, WV 26041 )
)
Judy Louise Glover )
209 Hedgecock Avenue )
Winston Salem, NC 27104 )
)
Judy M. Haught n/k/a Judy M. Watson )
1805 East Main Street )
Harrisville, WV 26362 )
)
Judy Mae Rogers )
c/o Goldie S. Fleming or Judy Mae Rogers )
436 Clemens Road )
Anancoco, LA 71430 )
)
Julie Allison Crow )
307 Baker Avenue )
Moundsville, WV 26041 )
)
Kandi Midcap )
7103 Wetzel Tyler Ridge Road )
New Martinsville, WV 26155 )
)
Karen Louise Bell n/k/a Karen Louise Dunham and )
Roger L. Dunham )
286 Blake Ridge )
Glen Easton, WV 26039 )
)
Katherine Lynn Smith )
51 WN Harrell Road )
Sumrall, MS 39482 )
)
Kathleen I. Francis )

277 South Hills Lane                                )
Moundsville, WV 26041                               )
                                                    )
Kathryn M. Whipkey                                  )
6777 Fork Ridge Road                                )
Glen Easton, WV 26039                               )
                                                    )
Kay Keyes                                           )
201 Howard Avenue                                   )
Waynesboro, VA 22980                                )
                                                    )
Key Oil Company                                     )
c/o Jan Chapman                                     )
426 Dean Drive                                      )
Sutton, WV 26601                                    )
                                                    )
L. Eugene Barker                                    )
c/o Sam Barker                                      )
503 West Main Street                                )
East Prairie, MO 63845                              )
                                                    )
L. Paul Crow                                        )
3870 Ditmer Road                                    )
Laura, OH 45337                                     )
                                                    )
Lamar Oil & Gas, Inc.                               )
c/o A. D. Steed                                     )
375 Happy Hollow Road                               )
Waverly, WV 26184                                   )
                                                    )
Larchmont Resources, LLC                            )
c/o CT Corporation System                           )
5400 D Big Tyler Road                               )
Charleston, WV 25313                                )
                                                    )
Larry Jack Emery                                    )
Brandenburger Str 50                                )
64297 Darmstadt, Germany                            )
                                                    )
Larry Joseph Bills                                  )
6704 Cow Creek Road                                 )
Saint Mary's WV 26170                               )
                                                    )
Larry W. Hoboken and Kathryn J. Hoboken             )
1618 Fox Chase Drive                                )
Blacklick, OH 43004                                 )

105623662\V-8

**Larry W. Johnson**           )
**48160 Township Road, 239**     )
**Lewisville, OH 43754**       )
                )
**Laura Lou Petty, or her Unknown Heirs** )
**1008 Lake Washington Road**    )
**Washington, WV 26181**      )
                )
**Lavonne Marcum**        )
**326 Vista Grande Circle**      )
**Charlotte, NC 28226**       )
                )
**Leoda Cantwell**         )
**930 County Road 514**       )
**Elba, AL 36323**         )
                )
**Leona M. Siburt**         )
**2500 Ohio Street, Trailer 14**    )
**Moundsville, WV 26041**      )
                )
**Leona May McVay**       )
**8283 Wells Crossing**       )
**West Chester, OH 45069**     )
                )
**Leona V. Gill**          )
**Unknown Address**        )
                )
**LeRoy Davis**          )
**c/o Chester L. Davis**       )
**3006 Cherry Hill Blvd**      )
**Beaufort, SC 29902**        )
                )
**Lillie L. Garey**         )
**317 9th Street**          )
**Moundsville, WV 26041**      )
                )
**Linda A. Davis and James M. Davis**  )
**100 Sullivan Street**        )
**Bettsville, OH 44815**       )
                )
**Linda Elaine Littell and Richard Leroy Littell** )
**1108 5th Street**          )
**Moundsville, WV 26041**      )
                )
**Linden Oil Company**       )

27

308 North Street                                      )
Harrisburg, PA 17120                                  )
                                                      )
Lindsay A. Bell, formerly known as Lindsay A.         )
Mason                                                 )
17474 Rolling Woods Circle                            )
Northville, MI 48168                                  )
                                                      )
Lloyd Gene Baker                                      )
4918 Taylors Ridge Road                               )
Moundsville, WV 26041                                 )
                                                      )
Lorhn S. Gorby                                        )
1805 Center Street                                    )
Moundsville, WV 26041                                 )
                                                      )
Lovina A. Boggs                                       )
Unknown Address                                       )
                                                      )
Lucas Well Service, Inc.                              )
c/o Curtis A. Lucas                                   )
1604 Race Street                                      )
Parkersburg, WV 26101                                 )
                                                      )
Lucille Bowers                                        )
2546 National Road, Apartment 301                     )
Wheeling, WV 26003                                    )
                                                      )
M. Hayne Kendrick                                     )
720 West Braddock Road                                )
Alexandria, VA 22320                                  )
                                                      )
Mabel Shellhorn                                       )
Unknown Address                                       )
                                                      )
Mack A. Crow and Carol A. Crow                        )
962 Bowman Ridge Road                                 )
Moundsville, WV 26041                                 )
                                                      )
Madelyn E. Mossor f/k/a Madelyn E. Pennington         )
1298 Hog Run                                          )
Middlebourne, WV 26149                                )
                                                      )
Marietta Petroleum, Ltd.                              )
c/o CT Corporation System                             )
KY Home Life Building                                 )

28

Louisville, KY 40202 )
)
Mary Baker )
53 Cecil Ridge )
Moundsville, WV 26041 )
)
Mary C. Elliott and her Heirs and Assigns )
Unknown Address )
)
Mary Cathryn Craig )
23 North Hills Drive )
Parkersburg, WV 26104 )
)
Mary L. Wolfkill and Harry H. Wolfkill )
9708 Commonwealth Boulevard )
Fairfax, VA 22032 )
)
Mary Louise Gorby )
423 Filbert Avenue )
Moundsville, WV 26041 )
)
Mary Susan Frederick )
1281 US HWY 33 West )
Weston, WV 26452 )
)
Maude B. Glover )
c/o Sam Barker )
503 West Main Street )
East Prairie, MO 63845 )
)
MBW Minerals, LLC )
c/o Lonnie Buell Whatley, III )
3428 Stanford Avenue )
Dallas, TX 75225 )
)
McCullough Oil, Inc. )
c/o Bobby Gean McCullough )
51 North 7th Street )
Kansas City, KS 66101 )
)
McElroy Coal Company )
c/o CT Corporation System )
5400 D Big Tyler Road )
Charleston, WV 25313 )
)
Melba Eileen Huddlestun )

185 Lake Street )
Marion, OH 43302 )
)
Merle Verbick )
Unknown Address )
)
Michael K. Wass, In Trust and benefit of Jesse Wass )
5288 Cairo Road )
Harrisville, WV 26362 )
)
Microtork, Inc. )
Unknown Address )
)
Mike Ross, Inc. )
c/o Michael Ross )
P.O. Box 219 )
Coalton, WV 26257 )
)
Milan B. Marincov and Elizabeth E. Marincov )
14506 Riviera Pointe )
Orlando, FL 32828 )
)
Mildred Stull Wright )
Unknown Address )
)
Monongahela Power Company )
c/o CT Corporation System )
5400 D Big Tyler Road )
Charleston, WV 25313 )
)
Mountain V Oil & Gas, Inc. )
c/o S. Michael Shaver )
415 Heliport Road )
Bridgeport, WV 26330 )
)
Mountain V, LLC )
c/o S. Michael Shaver )
415 Heliport Road )
Bridgeport, WV 26330 )
)
Myrtle Wiegel )
c/o Harold Barker )
3108 Klingler Road )
Ada, OH 45810 )
)
Nancy C. Kesselring and Carl E. Kesselring )

30

**12104 Double Tree Lane** )
**Lusby, MD  20657** )
)
**Nathan Gage Blake** )
**121 Vandivere Lane** )
**Glen Easton, WV  26039** )
)
**Nila F. Hedgepeth** )
**921 Williams Street** )
**Brookhaven, MS 39601** )
)
**Nila Virginia Streight and Frederick Eugene Streight** )
**1423 Bowman Ridge Road** )
**Moundsville, WV 26041** )
)
**Noble Energy, Inc.** )
**c/o CT Corporation System** )
**5400 D Big Tyler Road** )
**Charleston, WV 25313** )
)
**O. Dennis Barker** )
**973 Fonzo Road** )
**Smithville, WV 26178** )
)
**Okmar Oil Company** )
**Unknown Address** )
)
**Opal Hardman** )
**Unknown Address** )
)
**Orvella L. Goddard n/k/a Orvella L. Neff and Larry** )
**L. Neff** )
**3821 Conaway Run Road** )
**Middlebourne, WV 26149** )
)
**Pansy M. Aston and Elmer L. Aston** )
**1533 Bowman Ridge Road** )
**Moundsville, WV 26041** )
)
**Pat Darrell Turner and Tina Denise Turner** )
**559 Arm Road** )
**Silver Creek, MS 39663** )
)
**Patenia S. Lamb** )
**238 Conger Road** )
**Washington, WV 26181** )

31

Patricia D. Babl and John J. Babl                )
1341 Finch Lane                                   )
Green Bay, WI 54313                               )
                                                  )
Patricia Haddix                                   )
210 Chimacy Ridge Drive                           )
Cary, NC 27511                                    )
                                                  )
Patricia L. Cole                                  )
241 West Main Street                              )
Harrisville, WV 26362                             )
                                                  )
Paul Richard Blake                                )
121 Vandivere Lane                                )
Glen Easton, WV  26039                            )
                                                  )
PDC Energy, Inc.                                  )
c/o Corporation Service Company                   )
209 West Washington Street                        )
Charleston, WV 25302                              )
                                                  )
Pearl Geonis                                      )
Unknown Address                                   )
                                                  )
Pennzoil-Quaker State Company                     )
c/o CT Corporation System                         )
5400 D Big Tyler Road                             )
Charleston, WV 25313                              )
                                                  )
Phillip Alan  Barker                              )
3124 Lambs Run Road                               )
Smithville, WV 26178                              )
                                                  )
Priscilla Grimm a/k/a Lillian Priscilla Grimm     )
2442 Long Branch Road                             )
Spencer, TN 38585                                 )
                                                  )
R & R Oil and Gas, LLC                            )
c/o Richard Taylor                                )
7147 Hackers Creek Road                           )
Buckhannon, WV 26201                              )
                                                  )
Ralph Morgan Gibson                               )
201 3rd Street, Apartment 6J                      )
Parkersburg, WV 26101                             )

**Red Stone Resources, LLC**                                    )
**c/o Sanjit Bhattacharya**                                     )
**817 Irish Lane**                                              )
**Edmond, OK 73003**                                            )
                                                                )
**Richard F. Pierce**                                           )
**337 Pleasant Hollow Road**                                    )
**West Union, WV 26456**                                        )
                                                                )
**Richard Jarvis**                                              )
**849 Bull River Road**                                         )
**Grantsville, WV 26147**                                       )
                                                                )
**Ricky Lee Watson and Tammy J. Watson**                        )
**3645 Waymans Ridge**                                          )
**Moundsville, WV 26041**                                       )
                                                                )
**Ridgetop Capital, LP**                                        )
**c/o Bradley J. Carpenter**                                    )
**P.O. Box 1183**                                               )
**McMurray, PA 15317**                                          )
                                                                )
**Robert D. Riddle and Celaine M. Riddle, Trustees of**         )
**The Robert D. Riddle and Celaine M. Riddle Trust**            )
**4746 Pullman Drive**                                          )
**Harrisville, WV 26362**                                       )
                                                                )
**Roger Alan Johnson and Cynthia L. Johnson**                   )
**223 Festival Road**                                           )
**Washington, PA 15301**                                        )
                                                                )
**Roger Lee West**                                              )
**39 Brady Lane**                                               )
**West Liberty, WV 26074**                                      )
                                                                )
**Ronald Edward Watson and Diana L. Watson**                    )
**103 Fields Court**                                            )
**Harbinger, NC 27941**                                         )
                                                                )
**Rose Marie Kielgczewski**                                     )
**163 Creekwood Circle**                                        )
**Linden, MI 48451**                                            )
                                                                )
**Roy Barker**                                                  )
**c/o Harold Barker**                                           )

33

3108 Klingler Road                                             )
Ada, OH 45810                                                  )
                                                               )
Ruth Williams                                                  )
62820 Cement Mill Road                                         )
Bellaire, OH 43906                                             )
                                                               )
Sandra Jane Cooper                                             )
Unknown Address                                                )
                                                               )
Sandra Kay Richmond                                            )
829 Locust Avenue                                              )
Clarksburg, WV 26301                                           )
                                                               )
Scott Bradley Grimm and Sherry Ann Grimm                       )
2000 Grandview Road                                            )
Moundsville, WV 26041                                          )
                                                               )
Shannon Pierce                                                 )
337 Pleasant Hollow Road                                       )
West Union, WV 26456                                           )
                                                               )
Sharon L. Kaiser and Donald N. Kaiser                          )
8570 Evergreen Trail, Apartment 103                            )
Olmsted Township, OH 44138                                     )
                                                               )
Sheila Ramona Crow                                             )
307 Baker Avenue                                               )
Moundsville, WV 26041                                          )
                                                               )
Sherry Jean Ramsey and Sherry Lynn Chefren                     )
284 Carolina Road                                              )
Worthington, WV 26591                                          )
                                                               )
Statoil USA Onshore Properties, Inc.                           )
c/o Corporation Service Company                                )
209 West Washington Street                                     )
Charleston, WV 25302                                           )
                                                               )
Stephen M. Fye and Nancy F. Fye                                )
6947 Fork Ridge Road                                           )
Glen Easton, WV 26039                                          )
                                                               )
Steven J. Stanley and Janet M. Stanley                         )
1410 Lynn Camp Road                                            )
Pennsboro, WV 26415                                            )

105623662\V-8

Susan Lynn Sams                                    )
1191 Coal Fork Road                                )
Big Springs, WV 26137                              )
                                                   )
Susan Lynn Sedgmer                                 )
42990 Long Ridge Road                              )
Clarington, OH 43915                               )
                                                   )
Suzanne Hill                                       )
1734 Raccoon Run Road                              )
Salem, WV 26426                                    )
                                                   )
SWN Production Company, LLC                        )
c/o CT Corporation System                          )
5400 D Big Tyler Road                              )
Charleston, WV 25313                               )
                                                   )
Sylvia Dee Wood                                    )
1088 Rosby Rock Drive                              )
Moundsville, WV 26041                              )
                                                   )
Telluric Company                                   )
c/o Joseph E. Swiger                               )
4109 Cove Point Drive                              )
Morgantown, WV 26508                               )
                                                   )
Terry Lee Pettit and Stephanie Lynn Pettit         )
3900 Claremont Place                               )
Weirton, WV 26062                                  )
                                                   )
TH Exploration, LLC                                )
c/o CT Corporation System                          )
5400 D Big Tyler Road                              )
Charleston, WV 25313                               )
                                                   )
The Heirs of W.M. Cooper and Sarah D. Cooper       )
c/o Kelly Cooper                                   )
2695 Race Track Road                               )
New Cumberland, WV 26047                           )
                                                   )
Thomas Lee Haught and Clara J. Haught              )
1860 Big Grave Creek Road                          )
Moundsville, WV 26041                              )
                                                   )
Thomas McPherson                                   )

35

Unknown Address )
)
Timothy Crow )
1516 Hildreth Avenue )
Wheeling, WV 26003 )
)
Union Carbide Corporation )
c/o CT Corporation System )
5400 D Big Tyler Road )
Charleston, WV 25313 )
)
Unknown Heirs of  Perry G. Tingler )
Unknown Address )
)
Unknown Heirs of Ann B. Wilson )
Unknown Address )
)
Unknown Heirs of Ben H. Barker )
Unknown Address )
)
Unknown Heirs of Coy R. Barker )
c/o Allison Dorothy Barker )
231 Laurel Lanes )
Clarksburg, WV 26301 )
)
Unknown Heirs of Daisy Beardshaw )
Unknown Address )
)
Unknown Heirs of Dewey R. Tingler )
Unknown Address )
)
Unknown Heirs of Doy G. Barker )
Unknown Address )
)
Unknown Heirs of Eva Madge Smith )
Unknown Address )
)
Unknown Heirs of Frank Burkhart and Treas )
Burkhart )
Unknown Address )
)
Unknown Heirs of Josephine Barker )
Unknown Address )
)
Unknown Heirs of Kelley S. Tingler )
Unknown Address )

36

Unknown Heirs of L. Eugene Barker )
Unknown Address )
)
Unknown Heirs of Maude B. Glover )
Unknown Address )
)
Unknown Heirs of Odie B. Ashlock )
c/o Sam Barker )
503 West Main Street )
East Prairie, MO 63845 )
)
Unknown Heirs of Pearl Geonis )
Unknown Address )
)
Unknown Heirs of Robert Crow )
38 Hughes Road )
Columbiana, AL 35051 )
)
Unknown Heirs of Roxie Gertrude Simmons )
1089 Greenland Circle )
South Charleston, WV 25309 )
)
Unknown Heirs of Susan E. Holstine )
Unknown Address )
)
Unknown Heirs of the Estate of Halcie Crow )
28 N Highland Avenue )
Moundsville, WV 26041 )
)
Unknown Heirs of Virginia Barker )
Unknown Address )
)
Vicki Lea Skinner )
6 Loomis Drive )
Bridgeport, WV 26330 )
)
Vickie Lynn Grimm n/k/a Vickie Lynn Pape and John )
Edward Pape )
144 Crestview Lane )
Moundsville, WV 26041 )
)
Virginia Barker )
c/o Allison Dorothy Barker )
231 Laurel Lanes )
Clarksburg, WV 26301 )

W. L. Mellon Pipe Lines )
c/o Secretary of State, Corporations Division )
203 North Street )
Harrisburg, PA 17101 )
)
Walter Lee Barnhart and Barbara L. Heath n/k/a )
Barbara L. Heath-Barnhart )
2685 Waymans Ridge )
Moundsville, WV 26041 )
)
Warren R. Haught )
12864 Staunton Turnpike )
Smithville, WV 26178 )
)
Wayne Smith )
Unknown Address )
)
Wheeling Power Company )
c/o CT Corporation System )
5400 D Big Tyler Road )
Charleston, WV 25313 )
)
William A. Barker )
Unknown Address )
)
William B. Elliott )
70 Betsy Lane )
Belpre, OH 45714 )
)
William C. Edgar and Christy E. Edgar )
61800 Ray Ramsey Road )
Jacobsburg, OH 43933 )
)
William C. Hurtt )
435 6th Avenue )
Pittsburgh, PA 15219 )
)
William C. Hurtt Jr. )
94 Church Street )
Little Silver, NJ 07739 )
)
William C. Hurtt, t/d/b/a W.C. Hurtt Drilling )
Company )
310 Grant Street, Suite 2210 )
Pittsburgh, PA 15219 )

38

|  |  |
|---|---|
| **William Ellsworth Moore and Cynthia M. Moore** | ) |
| **55154 Town Hill Road** | ) |
| **Jacobsburg, OH 43933** | ) |
|  | ) |
| **William F. McDonald and Shirley McDonald a/k/a** | ) |
| **Shirley Wildean McDonald** | ) |
| **486 Campbell Hill Road** | ) |
| **Moundsville, WV 26041** | ) |
|  | ) |
| **William J. Nugent** | ) |
| **101 Village Square Drive** | ) |
| **Broussard, LA 70518** | ) |
|  | ) |
| **William James Hedgepeth and Erin Elizabeth** | ) |
| **Hedgepeth** | ) |
| **150 North Smylie Street** | ) |
| **Brookhaven, MS 39601** | ) |
|  | ) |
| **William L. Goff** | ) |
| **Unknown Address** | ) |
|  | ) |
| **William Mason a/k/a William A. Mason, Jr. and** | ) |
| **Robin Mason** | ) |
| **1655 Roark Mill Road** | ) |
| **Hurt, VA 24563** | ) |
|  | ) |
| **Potential Unknown Others** | ) |
|  | ) |

## COMPLAINT IN CONDEMNATION

Plaintiff, Columbia Gas Transmission, LLC ("**Columbia**"), pursuant to its power of eminent domain, as authorized by 15 U.S.C. § 717f(h), and pursuant to Federal Rule of Civil Procedure 71.1, files this Complaint in Condemnation for (i) an order of condemnation for the rights-of-way, easements, and other necessary property interests more particularly depicted and described in **Exhibits B-1** through **B-24**, attached hereto and incorporated by reference herein (individually and collectively, the "**Easements**"); (ii) the ascertainment and award of just compensation and damages properly attributable to Columbia's acquisition of the Easements;

and (iii) pursuant to the preliminary injunction moving papers filed contemporaneously herewith, an order granting Columbia immediate access to and use of the Easements.

### Jurisdiction and Venue

1.      This is a civil action for the taking of property interests under the power of eminent domain and for the determination and award of just compensation related thereto. This Court has original jurisdiction in this matter, pursuant to 28 U.S.C. § 1331, because this action arises under the laws of the United States, and under 28 U.S.C. § 1337, because this action arises under an Act of Congress regulating interstate commerce. The Natural Gas Act, 15 U.S.C. § 717f(h) grants federal jurisdiction.

2.      Venue is proper in this judicial district under 28 U.S.C. § 1391(b)(2), as the properties at issue are situated within this judicial district.

3.      Specifically, the Federal Energy Regulatory Commission ("**FERC**") granted Columbia a certificate of public convenience and necessity (the "**Certificate**") on December 29, 2017, in FERC Docket No. CP16-357-000. The FERC Certificate approves the construction and operation of approximately 170.9 miles of natural gas pipeline, compression facilities, and related appurtenances in West Virginia; the construction of three new compressor stations; and the modification of three existing compressor stations and one regulating station (the "**Project**"). The Project will be located in West Virginia, and the pipeline will run south from Marshall County through the state and end in Wayne County. The Project will provide an additional 2.7 million dekatherms per day (Dth/d) of firm transportation service from receipt points in the Appalachian Basin to markets in the Midwest, Northeast, Mid-Atlantic, South, and the Gulf Coast. The Project will increase deliverability by approximately 1,800,000 Dth/d to multiple Midwest, Northeast, and Mid-Atlantic markets. It will also add an additional 900,000 Dth/d of

capacity to markets in the South and the Gulf Coast. The Project will enable the safe and reliable transport of natural gas to natural gas customers across the United States.

4.      A true and correct copy of the Certificate is attached hereto and incorporated herein by this reference as **Exhibit A**.

5.      The FERC has determined ". . . that the public convenience and necessity requires approval of Columbia Gas' . . . proposal[], subject to the conditions [set forth in the FERC Certificate]." *See* **Ex. A**.

6.      The FERC Certificate expressly provides that Columbia may exercise eminent domain authority consistent therewith, and pursuant to the Natural Gas Act, as described more fully below.

7.      Columbia has not been able to agree with the owner(s) of the tracts at issue (the "**Tracts**") as to compensation for the Easements to be imposed on the respective Tracts and, accordingly, has been unable to acquire the Easements by contract.

8.      Upon information and belief, Columbia understands that the amounts claimed by the record title holders relative to the outstanding Easements exceed $3,000.

9.      Based on the foregoing, Columbia has satisfied all of the jurisdictional prerequisites and may now exercise its federal powers of eminent domain related to the Project. Accordingly, Columbia is likely to succeed on the merits of this litigation.

### The Parties

10.      Columbia is a Delaware limited liability company, properly authorized to do business in the State of West Virginia.

11.      Columbia is a company organized for the purpose, among other things, of transporting natural gas in interstate commerce through pipes and conduits, and is an interstate

41

natural gas company within the meaning of the Natural Gas Act, 15 U.S.C. §§ 717a(6) and (1), and as such, is qualified to construct, own, operate, and maintain pipelines for the transmission of natural gas in interstate commerce. Columbia acts pursuant to authorization granted by, and subject to, FERC jurisdiction.

12.     Columbia has caused a reasonably diligent search of the public records to be performed in the counties in which the subject properties are situated, considering the subject properties' character and value and the interests to be acquired, in order to ascertain the identity of parties owning or having an interest in the Tracts. Such known parties and interests are further described below.

13.     The persons named herein as Defendants, to Columbia's knowledge, fall into two categories: (1) *Fee Owner(s)/Surface Owner(s)* (individuals who are the record title holders of the Tracts); and (2) *Other Parties in Interest* (individuals who are not the record title holders of the Tracts but who may otherwise claim some form of easement, possessory or other interest in the Tracts) (collectively, the "**Defendants**").

14.     In addition to those Defendants specifically named herein, there are or may be other persons whose names could not be ascertained by a reasonably diligent search of the records, who are interested in this action and who have or claim some right, title, interest, or lien in, to, or on the Easements or Tracts, or who are occupying or in possession of the Easements, or portions of the Tracts, described in this Complaint. The identities of such other persons are unknown, and all such persons are, therefore, made defendants to this action under the name and description of "Unknown Owners" pursuant to Federal Rule of Civil Procedure 71.1(c)(3).

15.     The Easements sought to be condemned in this action are within the scope of the Certificate and are necessary for the Project.

**The FERC Certificate, Project, and Project Route**

16.     As previously indicated, Columbia received its FERC Certificate for the Project on December 29, 2017. *See* **Ex. A.**

17.     The Project involves Columbia's construction of a pipeline in West Virginia, along with the construction of three compressor stations and modifications to three existing compressor stations and one regulating station, and the Easements will be used for these purposes.

18.     The Project will be constructed, and Defendants' properties will be restored, in accordance with, among other things, the terms and conditions of Columbia's Environmental Construction Standards, as submitted to, and approved by, the FERC (available at the FERC's eLibrary website at http://ferc.gov/docs-filing/elibrary.asp, by searching Docket No. CP16-357, Accession No. 20160429-5286, titled "Resource Report 1- Appendix 1D" and FERC's Final Environmental Impact Statement (available at https://www.ferc.gov/industries/gas/enviro/eis/2017/07-28-17-FEIS/volume-I.pdf), both of which are incorporated herein by this reference, and pursuant to any supplemental revisions or modifications made during consultation with the West Virginia Department of Environmental Protection and filed with the FERC and incorporated into the approved permit.

19.     The FERC has also determined and approved the route of the Project (the "**Project Route**").

20.     In total, the Project Route in the Northern District of West Virginia traverses or otherwise directly impacts 547 tracts, including the Tracts at issue in this action identified below.

21.     Of the 547 tracts impacted by the Project in the Northern District of West Virginia, prior to instituting these proceedings, Columbia has acquired, or is not seeking to acquire

105623662\V-8

through condemnation, easements on 482 tracts (88% of the tracts), leaving only 65 tracts outstanding for condemnation.[1]

**Right to Condemn**

22.     The Natural Gas Act expressly permits a holder of a Certificate to acquire the necessary land and rights "by the exercise of the right of eminent domain" if it is unable to reach an agreement with the landowner. 15 U.S.C. § 717f(h).

23.     As set forth above, there is no dispute that Columbia is a holder of a Certificate. Nor can it be disputed that Columbia has been unable to agree with the owners of the Tracts as to the compensation to be paid for the Easements and has been unable to acquire the Easements by contract, which are necessary to the operation of the Project.

24.     In accordance with the preliminary injunction moving papers filed contemporaneously herewith, Columbia is entitled to immediate access to and use of the Easements.

**The Easements and Tracts**

25.     The Easements sought in this condemnation action, as depicted on **Exhibits B-1** through **B-24** hereto, are among those expressly authorized by the Certificate.

26.     The Easements are necessary for constructing, maintaining, operating, altering, testing, replacing, and repairing the Project.

27.     The Easements, once condemned, will be subject to the terms and conditions, and devoted to the purposes, as stated in the Certificate.

---

[1] Of the 65 outstanding impacted tracts within the Northern District of West Virginia, 24 are at issue in this action, while the remaining 41 are the subject of a separate but related complaint filed contemporaneously herewith.

44

28.     The Project cannot be constructed until Columbia acquires and/or otherwise has access to and use of the Easements in and to the Tracts discussed above and further below.

29.     Columbia must commence active construction activities for the Project as soon as is practicable to meet its FERC-approved in-service date of November 2018.

30.     As part of the Certificate issuance process, a Final Environmental Impact Statement ("FEIS") was issued by the FERC, which assessed the potential environmental effects of the construction and operation of the Project. The FERC concluded that Columbia's implementation of specific mitigation measures would appropriately and reasonably mitigate any of the Project's adverse environmental impacts.

31.     Per the FEIS and the Certificate, to reduce impacts, if any, on protected species of wildlife, Columbia must, *inter alia*, adhere to clearing activity restrictions in areas identified by the National Audubon Society as Important Bird Areas from April 1st to October 15th. Additionally, Columbia must implement applicable Avoidance and Minimization Measures, including restricting clearing activities during certain periods, in areas covered by the United States Fish and Wildlife Services-approved Multi-Species Habitat Conservation Plan.

32.     Timing is of the essence, and maintaining the Project schedule is critical, as, among other things, a delay in construction of the Project would likely prevent Columbia from complying with its FERC obligations under the Certificate.

33.     The right to use the Easements shall belong to Columbia and its agents, employees, designees, contractors, guests, invitees, successors and assigns, and all those acting by or on behalf of it for the above-stated purposes. As is more fully stated in **Exhibits B-1** to **B-24**, attached hereto, and incorporated herein by this reference, Columbia seeks all necessary rights for the purposes stated herein to exercise the rights granted by the Certificate.

105623662\V-8

34.     If any of the lands within the Easements are subject to valid preexisting oil and gas leases, coal leases, surface leases, pipeline easements or easements for other purposes, Columbia's Easement rights acquired hereunder from and against the owners of such leases and/or, easements, are (i) acquired only to the extent necessary to carry out the rights granted to Columbia under the Easements sought, and (ii) to be exercised by Columbia so as to not unreasonably interfere with existing rights of such owners, provided, however, that Columbia shall be entitled in all events to use the Easements to carry out the purposes approved by the FERC in the Certificate. Columbia has named such owners to the extent they may claim some interest in the lands burdened by the Easements sought by Columbia. Defendants who own any interest in a valid and existing lease and/or easement may use lands lying within the Easements for the uses authorized under the applicable lease and/or easement, provided such uses do not destroy, threaten or unreasonably interfere with Columbia's permitted uses.

35.     Columbia does not seek to acquire any royalty, working, revenue, overriding, or other oil, gas, or mineral interests. Defendants shall, to the extent owned by Defendants, retain all the oil, gas, and other minerals in, on and under the Tracts, including within the Easements; provided, however, Defendants shall not be permitted to drill or operate equipment for the production or development of oil, gas, and minerals within or on the permanent pipeline easements and/or the permanent access road easements, but Defendants shall be permitted to extract the oil, gas and minerals from and under same by directional drilling and other means, so long as such activities do not damage, destroy, injure, threaten and/or interfere with Columbia's use, operation and maintenance of the Facilities or Columbia's use of said Easements for the purposes for which same are sought by Columbia.

105623662\V-8

36.     It is in the public interest and necessity, as evidenced by the Certificate, that the Easements as certificated by FERC and described herein, and in **Exhibits B-1** through **B-24,** be condemned for the public purposes herein described.

37.     The intended uses of the Easements to be taken are within the authority conferred by the Certificate.

38.     Pursuant to Federal Rules of Civil Procedure 65(c), 67, and 71.1(j)(1), Columbia stands ready to deposit into the registry of the Court the amounts determined as just compensation by licensed real estate appraisers for the Easements or $3,000 per affected tract, whichever is greater, together with a bond, for such additional amounts as may be deemed appropriate by this Court.

39.     The properties at issue are comprised of 24 separate Tracts. The Tracts are as follows:

### Calhoun County

### Tract No. 1

### (WV-CL-0001.000)

40.     The legal description of Tract No. 1, along with the specific easement interests in and to Tract No. 1 that Columbia seeks (i.e., the uses for which the property is to be taken and the interests to be acquired), are depicted and described in detail in **Exhibit B-1**, which is attached hereto and incorporated herein by this reference.

41.     The following individuals and/or entities may claim an interest in Tract No. 1:

### Fee Owner(s)/Surface Owner(s)

42.     Timothy L. Schiele and Robin K. Schiele, individuals, are the record title holders of Tract No. 1, as described in **Exhibit B-1**, by virtue of that certain General Warranty Deed,

recorded in the Calhoun County, West Virginia Recorder's Office on April 10, 1996, in Book 186, Page 442.

**Other Parties in Interest**

43.     All Other Parties in Interest who may claim some form of interest in Tract No. 1, as described in **Exhibit B-1**, are set forth in **Exhibit B-1**.

**Tract No. 2**

**(WV-CL-0004.001)**

44.     The legal description of Tract No. 2, along with the specific easement interests in and to Tract No. 2 that Columbia seeks (i.e., the uses for which the property is to be taken and the interests to be acquired), are depicted and described in detail in **Exhibit B-2**, which is attached hereto and incorporated herein by this reference.

45.     The following individuals and/or entities may claim an interest in Tract No. 2:

**Fee Owner(s)/Surface Owner(s)**

46.     Timothy L. Schiele and Robin K. Schiele, individuals, are record title holders of Tract No. 2, as described in **Exhibit B-2,** by virtue of that certain General Warranty Deed recorded in the Calhoun County, West Virginia Recorder's Office on September 4, 2015, in Book 255, Page 209.

47.     David R. Schiele, an individual, is a record title holder of Tract No. 2, as described in **Exhibit B-2,** by virtue of that certain General Warranty Deed recorded in the Calhoun County, West Virginia Recorder's Office on September 4, 2015, in Book 255, Page 209.

**Other Parties in Interest**

48.     All Other Parties in Interest who may claim some form of interest in Tract No. 2, as described in **Exhibit B-2**, are set forth in **Exhibit B-2**.

105623662\V-8

\*\*\*

**Marshall County**

**Tract No. 3**

**(WV-MA-0143.000)**

49.     The legal description of Tract No. 3, along with the specific easement interests in and to Tract No. 3 that Columbia seeks (i.e., the uses for which the property is to be taken and the interests to be acquired), are depicted and described in detail in **Exhibit B-3**, which is attached hereto and incorporated herein by this reference.

50.     The following individuals and/or entities may claim an interest in Tract No. 3:

**Fee Owner(s)/Surface Owner(s)**

51.     Kay Keyes, an individual, is a record title holder of Tract No. 3, as described in **Exhibit B-3**, by virtue of that certain Last Will and Testament, recorded in the Marshall County, West Virginia Recorder's Office on March 8, 2000, in Book 70, Page 219.

52.     Dianne Gellner, an individual, is a record title holder of Tract No. 3, as described in **Exhibit B-3**, by virtue of that certain Last Will and Testament, recorded in the Marshall County, West Virginia Recorder's Office on March 8, 2000, in Book 70, Page 219.

53.     Donald Smotherman Sr., an individual, is a record title holder of Tract No. 3, as described in **Exhibit B-3**, by virtue of that certain Last Will and Testament, recorded in the Marshall County, West Virginia Recorder's Office on March 8, 2000, in Book 70, Page 219.

54.     Ronald Edward Watson, an individual, is a record title holder of Tract No. 3, as described in **Exhibit B-3**, by virtue of that certain Last Will and Testament, recorded in the Marshall County, West Virginia Recorder's Office on March 8, 2000, in Book 70, Page 219.

105623662\V-8

55.     David E. Crow, an individual, is a record title holder of Tract No. 3, as described in **Exhibit B-3**, by virtue of that certain Last Will and Testament, recorded in the Marshall County, West Virginia Recorder's Office on March 8, 2000, in Book 70, Page 219.

**Other Parties in Interest**

56.     All Other Parties in Interest who may claim some form of interest in Tract No. 3, as described in **Exhibit B-3**, are set forth in **Exhibit B-3**.

## Tract No. 4

### (WV-MA-0165.000)

57.     The legal description of Tract No. 4, along with the specific easement interests in and to Tract No. 4 that Columbia seeks (i.e., the uses for which the property is to be taken and the interests to be acquired), are depicted and described in detail in **Exhibit B-4**, which is attached hereto and incorporated herein by this reference.

58.     The following individuals and/or entities may claim an interest in Tract No. 4:

**Fee Owner(s)/Surface Owner(s)**

59.     Brenda E. George, f/k/a Brenda Lawrence Eggleston, an individual, is a record title holder of Tract No. 4, as described in **Exhibit B-4**, by virtue of that certain Will, recorded in the Marshall County, West Virginia Recorder's Office on September 26, 2012, in Book 108, Page 1166.

60.     Charles R. Sutton., an individual, is a record title holder of Tract No. 4, as described in **Exhibit B-4**, by virtue of that certain Deed, recorded in the Marshall County, West Virginia Recorder's Office on August 7, 1903, in Book 102, Page 282.

61.      Connie Heckle, an individual, is a record title holder of Tract No. 4, as described in **Exhibit B-4**, by virtue of that certain miscellaneous instrument, recorded in the Marshall County, West Virginia Recorder's Office on August 6, 2010, in Book 10, Page 415.

62.      Duffy F. Westmoreland, Jr., an individual, is a record title holder of Tract No. 4, as described in **Exhibit B-4**, by virtue of that certain Deed, recorded in the Marshall County, West Virginia Recorder's Office on August 7, 1903, in Book 102, Page 282.

63.      James Adams, an individual, is a record title holder of Tract No. 4, as described in **Exhibit B-4**, by virtue of that certain Deed, recorded in the Marshall County, West Virginia Recorder's Office on August 7, 1903, in Book 102, Page 282.

64.      Janet L. Sutton Kimble, an individual, is a record title holder of Tract No. 4, as described in **Exhibit B-4**, by virtue of that certain Deed, recorded in the Marshall County, West Virginia Recorder's Office on August 7, 1903, in Book 102, Page 282.

65.      Lisa Luanne Eggleston, an individual, is a record title holder of Tract No. 4, as described in **Exhibit B-4**, by virtue of that certain Will, recorded in the Marshall County, West Virginia Recorder's Office on September 26, 2012, in Book 108, Page 1166.

66.      Lloyd E. Yoho, an individual, is a record title holder of Tract No. 4, as described in **Exhibit B-4**, by virtue of that certain Will, recorded in the Marshall County, West Virginia Recorder's Office on July 6, 2012, in Book 96, Page 479.

67.      Mark Adams, an individual, is a record title holder of Tract No. 4, as described in **Exhibit B-4**, by virtue of that certain Deed, recorded in the Marshall County, West Virginia Recorder's Office on August 7, 1903, in Book 102, Page 282.

68.     Mary Curtis, an individual, is a record title holder of Tract No. 4, as described in **Exhibit B-34**, by virtue of that certain Deed, recorded in the Marshall County, West Virginia Recorder's Office on August 7, 1903, in Book 102, Page 282.

69.     Matthew Eggleston, an individual, is a record title holder of Tract No. 4, as described in **Exhibit B-4**, by virtue of that certain Will, recorded in the Marshall County, West Virginia Recorder's Office on September 26, 2012, in Book 108, Page 1166.

70.     Sandra Mays Eggleston, an individual, is a record title holder of Tract No. 4, as described in **Exhibit B-4**, by virtue of that certain Deed, recorded in the Marshall County, West Virginia Recorder's Office on August 7, 1903, in Book 102, Page 282.

**Other Parties in Interest**

71.     All Other Parties in Interest who may claim some form of interest in Tract No. 4, as described in **Exhibit B-4**, are set forth in **Exhibit B-4**.

**Tract No. 5**

**(WV-MA-0261.000)**

72.     The legal description of Tract No. 5, along with the specific easement interests in and to Tract No. 5 that Columbia seeks (i.e., the uses for which the property is to be taken and the interests to be acquired), are depicted and described in detail in **Exhibit B-5**, which is attached hereto and incorporated herein by this reference.

73.     The following individuals and/or entities may claim an interest in Tract No. 5:

**Fee Owner(s)/Surface Owner(s)**

74.     Appalachia Midstream Services, LLC, a limited liability company is the record title holder of Tract No. 5, as described in **Exhibit B-5**, by virtue of that certain General

Warranty Deed recorded in the Marshall County, West Virginia Recorder's Office on December 29, 2009, in Book 692, Page 286.

**Other Parties in Interest**

75.     All Other Parties in Interest who may claim some form of interest in Tract No. 5, as described in **Exhibit B-5**, are set forth in **Exhibit B-5**.

\*\*\*

**Ritchie County**

**Tract No. 6**

**(WV-RI-0016.000)**

76.     The legal description of Tract No. 6, along with the specific easement interests in and to Tract No. 6 that Columbia seeks (i.e., the uses for which the property is to be taken and the interests to be acquired), are depicted and described in detail in **Exhibit B-6**, which is attached hereto and incorporated herein by this reference.

77.     The following individuals and/or entities may claim an interest in Tract No. 6:

**Fee Owner(s)/Surface Owner(s)**

78.     Dallas F. Smith, an individual, is the record title holder of Tract No. 6, as described in **Exhibit B-6**, by virtue of that certain Affidavit of Heirship, recorded in the Ritchie County, West Virginia Recorder's Office on August 23, 2013, in Book 322, Page 720 and that certain Deed, recorded in the Ritchie County, West Virginia Recorder's Office on January 26, 1996, in Book 255, Page 602.

**Other Parties in Interest**

79.     All Other Parties in Interest who may claim some form of interest in Tract No. 6, as described in **Exhibit B-6**, are set forth in **Exhibit B-6**.

105623662\V-8

### Tract No. 7

### (WV-RI-0036.001)

80.     The legal description of Tract No. 7, along with the specific easement interests in and to Tract No. 7 that Columbia seeks (i.e., the uses for which the property is to be taken and the interests to be acquired), are depicted and described in detail in **Exhibit B-7**, which is attached hereto and incorporated herein by this reference.

81.     The following individuals and/or entities may claim an interest in Tract No. 7:

**Fee Owner(s)/Surface Owner(s)**

82.     Mary Lou Weekley, an individual, is a record title holder of Tract No. 7, as described in **Exhibit B-7**, by virtue of those certain General Warranty Deeds, recorded in the Ritchie County, West Virginia Recorder's Office on October 6, 2010, in Book 309, Page 328, and on January 11, 2008, in Book 300, Page 428.

83.     David M. Weekley and Rebecca L. Weekley, individuals, are record title holders of Tract No. 7, as described in **Exhibit B-7**, by virtue of those certain General Warranty Deeds, recorded in the Ritchie County, West Virginia Recorder's Office on October 6, 2010, in Book 309, Page 328, and on January 11, 2008, in Book 300, Page 428.

84.     Christopher Weekley and Margaret Weekley, individuals, are record title holders of Tract No. 7, as described in **Exhibit B-7**, by virtue of those certain General Warranty Deeds, recorded in the Ritchie County, West Virginia Recorder's Office on October 6, 2010, in Book 309, Page 328, and on January 11, 2008, in Book 300, Page 428.

**Other Parties in Interest**

85.     All Other Parties in Interest who may claim some form of interest in Tract No. 7, as described in **Exhibit B-7**, are set forth in **Exhibit B-7**.

105623662\V-8

## Tract No. 8

## (WV-RI-0079.000)

86.     The legal description of Tract No. 8, along with the specific easement interests in and to Tract No. 8 that Columbia seeks (i.e., the uses for which the property is to be taken and the interests to be acquired), are depicted and described in detail in **Exhibit B-8**, which is attached hereto and incorporated herein by this reference.

87.     The following individuals and/or entities may claim an interest in Tract No. 8:

**Fee Owner(s)/Surface Owner(s)**

88.     Roger A. Hodge and Deanna L. Hodge, individuals, are record title holders of Tract No. 8, as described in **Exhibit B-8**, by virtue of that certain Deed, recorded in the Ritchie County, West Virginia Recorder's Office on October 24, 2008, in Book 303, Page 123, and that certain General Warranty Deed, recorded in the Ritchie County, West Virginia Recorder's Office on January 25, 1993, in Book 243, Page 344.

89.     Kendall B. Hodge and Tracy J. Hodge, individuals, are record title holders of Tract No. 8, as described in **Exhibit B-8**, by virtue of that certain Deed, recorded in the Ritchie County, West Virginia Recorder's Office on October 24, 2008, in Book 303, Page 123, and that certain General Warranty Deed, recorded in the Ritchie County, West Virginia Recorder's Office on January 25, 1993, in Book 243, Page 344.

**Other Parties in Interest**

90.     All Other Parties in Interest who may claim some form of interest in Tract No. 8, as described in **Exhibit B-8**, are set forth in **Exhibit B-8**.

105623662\V-8

**Tract No. 9**

**(WV-RI-0080.000)**

91.     The legal description of Tract No. 9, along with the specific easement interests in and to Tract No. 9 that Columbia seeks (i.e., the uses for which the property is to be taken and the interests to be acquired), are depicted and described in detail in **Exhibit B-9**, which is attached hereto and incorporated herein by this reference.

92.     The following individuals and/or entities may claim an interest in Tract No. 9:

**Fee Owner(s)/Surface Owner(s)**

93.     Roger A. Hodge and Deanna L. Hodge, individuals, are record title holders of Tract No. 9, as described in **Exhibit B-9**, by virtue of those certain General Warranty Deeds, recorded in the Ritchie County, West Virginia Recorder's Office on October 24, 2008, in Book 303, Page 123, and on November 13, 1995, in Book 254, Page 800.

94.     Kendall B. Hodge and Tracy J. Hodge, individuals, are record title holders of Tract No. 9, as described in **Exhibit B-9**, by virtue of those certain General Warranty Deeds, recorded in the Ritchie County, West Virginia Recorder's Office on October 24, 2008, in Book 303, Page 123, and on November 13, 1995, in Book 254, Page 800.

**Other Parties in Interest**

95.     All Other Parties in Interest who may claim some form of interest in Tract No. 9, as described in **Exhibit B-9**, are set forth in **Exhibit B-9**.

**Tract No. 10**

**(WV-RI-0086.000)**

96.     The legal description of Tract No. 10, along with the specific easement interests in and to Tract No. 10 that Columbia seeks (i.e., the uses for which the property is to be taken

105623662\V-8

and the interests to be acquired), are depicted and described in detail in **Exhibit B-10**, which is attached hereto and incorporated herein by this reference.

97.     The following individuals and/or entities may claim an interest in Tract No. 10:

**Fee Owner(s)/Surface Owner(s)**

98.     Carolynn Hodge, an individual, is a record title holder of Tract No. 10, as described in **Exhibit B-10**, by virtue of that certain Deed, recorded in the Ritchie County, West Virginia Recorder's Office on August 7, 1995, in Book 253, Page 514.

99.     David I. Hodge, an individual, is a record title holder of Tract No. 10, as described in **Exhibit B-10**, by virtue of that certain Deed, recorded in the Ritchie County, West Virginia Recorder's Office on August 7, 1995, in Book 253, Page 514.

100.     Martha Keller, an individual, is a record title holder of Tract No. 10, as described in **Exhibit B-10**, by virtue of that certain Deed, recorded in the Ritchie County, West Virginia Recorder's Office on August 7, 1995, in Book 253, Page 514.

101.     Michael A. Kellar, an individual, is a record title holder of Tract No. 10, as described in **Exhibit B-10**, by virtue of that certain Deed, recorded in the Ritchie County, West Virginia Recorder's Office on August 7, 1995, in Book 253, Page 514.

**Other Parties in Interest**

102.     All Other Parties in Interest who may claim some form of interest in Tract No. 10, as described in **Exhibit B-10**, are set forth in **Exhibit B-10**.

**Tract No. 11**

**(WV-RI-0096.000)**

103.     The legal description of Tract No. 11, along with the specific easement interests in and to Tract No. 11 that Columbia seeks (i.e., the uses for which the property is to be taken

and the interests to be acquired), are depicted and described in detail in **Exhibit B-11**, which is attached hereto and incorporated herein by this reference.

104.    The following individuals and/or entities may claim an interest in Tract No. 11:

**Fee Owner(s)/Surface Owner(s)**

105.    Kendall B. Hodge and Tracy J. Hodge, individuals, are record title holders of Tract No. 11, as described in **Exhibit B-11**, by virtue of those certain Deeds, recorded in the Ritchie County, West Virginia Recorder's Office on October 24, 2008, in Book 303, Page 123, and on October 31, 1981, in Book 198, Page 573.

106.    Roger A. Hodge and Deanna L. Hodge, individuals, are record title holders of Tract No. 11, as described in **Exhibit B-11**, by virtue of those certain Deeds, recorded in the Ritchie County, West Virginia Recorder's Office on October 24, 2008, in Book 303, Page 123, and on October 31, 1981, in Book 198, Page 573.

**Other Parties in Interest**

107.    All Other Parties in Interest who may claim some form of interest in Tract No. 11, as described in **Exhibit B-11**, are set forth in **Exhibit B-11**.

## Tract No. 12

### (WV-RI-0101.000)

108.    The legal description of Tract No. 12, along with the specific easement interests in and to Tract No. 12 that Columbia seeks (i.e., the uses for which the property is to be taken and the interests to be acquired), are depicted and described in detail in **Exhibit B-12**, which is attached hereto and incorporated herein by this reference.

109.    The following individuals and/or entities may claim an interest in Tract No. 12:

**Fee Owner(s)/Surface Owner(s)**

110.    Roger A. Hodge and Deanna L. Hodge, individuals, are record title holders of Tract No. 12, as described in **Exhibit B-12**, by virtue of those certain Deeds, recorded in the Ritchie County, West Virginia Recorder's Office on October 24, 2008, in Book 303, Page 123, and on October 13, 1981, in Book 198, Page 573.

111.    Kendall B. Hodge and Tracy J. Hodge, individuals, are record title holders of Tract No. 12, as described in **Exhibit B-12**, by virtue of those certain Deeds, recorded in the Ritchie County, West Virginia Recorder's Office on October 24, 2008, in Book 303, Page 123, and on October 13, 1981, in Book 198, Page 573.

**Other Parties in Interest**

112.    All Other Parties in Interest who may claim some form of interest in Tract No. 12, as described in **Exhibit B-12**, are set forth in **Exhibit B-12**.

**Tract No. 13**

**(WV-RI-0203.000)**

113.    The legal description of Tract No. 13, along with the specific easement interests in and to Tract No. 13 that Columbia seeks (i.e., the uses for which the property is to be taken and the interests to be acquired), are depicted and described in detail in **Exhibit B-13**, which is attached hereto and incorporated herein by this reference.

114.    The following individuals and/or entities may claim an interest in Tract No. 13:

**Fee Owner(s)/Surface Owner(s)**

115.    George T. Mayes and Sherre R. Mayes, individuals, are the record title holders of Tract No. 13, as described in **Exhibit B-13**, by virtue of that certain Deed, recorded in the Ritchie County, West Virginia Recorder's Office on January 10, 2000, in Book 273, Page 121.

105623662\V-8

**Other Parties in Interest**

116.    All Other Parties in Interest who may claim some form of interest in Tract No. 13, as described in **Exhibit B-13**, are set forth in **Exhibit B-13**.

## Tract No. 14

### (WV-RI-0206.000)

117.    The legal description of Tract No. 14, along with the specific easement interests in and to Tract No. 14 that Columbia seeks (i.e., the uses for which the property is to be taken and the interests to be acquired), are depicted and described in detail in **Exhibit B-14**, which is attached hereto and incorporated herein by this reference.

118.    The following individuals and/or entities may claim an interest in Tract No. 14:

**Fee Owner(s)/Surface Owner(s)**

119.    George T. Mayes and Sherre R. Mayes, individuals, are the record title holders of Tract No. 14, as described in **Exhibit B-14**, by virtue of that certain Deed, recorded in the Ritchie County, West Virginia Recorder's Office on January 10, 2000, in Book 273, Page 121.

**Other Parties in Interest**

120.    All Other Parties in Interest who may claim some form of interest in Tract No. 14, as described in **Exhibit B-14**, are set forth in **Exhibit B-14**.

## Tract No. 15

### (WV-RI-0221.001)

121.    The legal description of Tract No. 15, along with the specific easement interests in and to Tract No. 15 that Columbia seeks (i.e., the uses for which the property is to be taken

105623662\V-8

and the interests to be acquired), are depicted and described in detail in **Exhibit B-15**, which is attached hereto and incorporated herein by this reference.

122.    The following individuals and/or entities may claim an interest in Tract No. 15:

**Fee Owner(s)/Surface Owner(s)**

123.    Doris L. Davis, an individual, is the record title holder of Tract No. 15, as described in **Exhibit B-15**, by virtue of that certain Last Will and Testament, recorded in the Ritchie County, West Virginia Recorder's Office on October 24, 2011, in Book 39, Page 1094, and that certain General Warranty Deed, recorded in the Ritchie County, West Virginia Recorder's Office on July 29, 1974, in Book 176, Page 492.

**Other Parties in Interest**

124.    All Other Parties in Interest who may claim some form of interest in Tract No. 15, as described in **Exhibit B-15**, are set forth in **Exhibit B-15**.

**Tract No. 16**

**(WV-RI-0258.000)**

125.    The legal description of Tract No. 16, along with the specific easement interests in and to Tract No. 16 that Columbia seeks (i.e., the uses for which the property is to be taken and the interests to be acquired), are depicted and described in detail in **Exhibit B-16**, which is attached hereto and incorporated herein by this reference.

126.    The following individuals and/or entities may claim an interest in Tract No. 16:

**Fee Owner(s)/Surface Owner(s)**

127.    Pat L. Boone, an individual, is the record title holder of Tract No. 16, as described in **Exhibit B-16**, by virtue of that certain Last Will and Testament, recorded in the Ritchie County, West Virginia Recorder's Office on August 29, 2014, in Book 45, Page 216, and that

certain General Warranty Deed, recorded in the Ritchie County, West Virginia Recorder's Office on June 27, 1975, in Book 179, Page 235.

**Other Parties in Interest**

128.    All Other Parties in Interest who may claim some form of interest in Tract No. 16, as described in **Exhibit B-16**, are set forth in **Exhibit B-16**.

### Tract No. 17

### (WV-RI-0286.000)

129.    The legal description of Tract No. 17, along with the specific easement interests in and to Tract No. 17 that Columbia seeks (i.e., the uses for which the property is to be taken and the interests to be acquired), are depicted and described in detail in **Exhibit B-17**, which is attached hereto and incorporated herein by this reference.

130.    The following individuals and/or entities may claim an interest in Tract No. 17:

**Fee Owner(s)/Surface Owner(s)**

131.    Lisa Davis-Heller, an individual, is the record title holder of Tract No. 17, as described in **Exhibit B-17**, by virtue of that certain Deed, recorded in the Ritchie County, West Virginia Recorder's Office on July 14, 2014, in Book 330, Page 184.

**Other Parties in Interest**

132.    All Other Parties in Interest who may claim some form of interest in Tract No. 17, as described in **Exhibit B-17**, are set forth in **Exhibit B-17**.

### Tract No. 18

### (WV-RI-0309.000)

133.    The legal description of Tract No. 18, along with the specific easement interests in and to Tract No. 18 that Columbia seeks (i.e., the uses for which the property is to be taken

and the interests to be acquired), are depicted and described in detail in **Exhibit B-18**, which is attached hereto and incorporated herein by this reference.

134.     The following individuals and/or entities may claim an interest in Tract No. 18:

**Fee Owner(s)/Surface Owner(s)**

135.     Richard Dale Barker, an individual, is the record title holder of Tract No. 18, as described in **Exhibit B-18**, by virtue of that certain General Warranty Deed, recorded in the Ritchie County, West Virginia Recorder's Office on December 10, 2015, in Book 341, Page 442.

**Other Parties in Interest**

136.     All Other Parties in Interest who may claim some form of interest in Tract No. 18, as described in **Exhibit B-18**, are set forth in **Exhibit B-18**.

**Tract No. 19**

**(WV-RI-0311.000)**

137.     The legal description of Tract No. 19, along with the specific easement interests in and to Tract No. 19 that Columbia seeks (i.e., the uses for which the property is to be taken and the interests to be acquired), are depicted and described in detail in **Exhibit B-19**, which is attached hereto and incorporated herein by this reference.

138.     The following individuals and/or entities may claim an interest in Tract No. 19:

**Fee Owner(s)/Surface Owner(s)**

139.     Richard Dale Barker, an individual, is the record title holder of Tract No. 19, as described in **Exhibit B-19**, by virtue of that certain Deed, recorded in the Ritchie County, West Virginia Recorder's Office on December 10, 2015, in Book 341, Page 442.

105623662\V-8

**Other Parties in Interest**

140.    All Other Parties in Interest who may claim some form of interest in Tract No. 19, as described in **Exhibit B-19**, are set forth in **Exhibit B-19.**

*** 

**Tyler County**

**Tract No. 20**

**(WV-TY-0008.000)**

141.    The legal description of Tract No. 20, along with the specific easement interests in and to Tract No. 20 that Columbia seeks (i.e., the uses for which the property is to be taken and the interests to be acquired), are depicted and described in detail in **Exhibit B-20**, which is attached hereto and incorporated herein by this reference.

142.    The following individuals and/or entities may claim an interest in Tract No. 20:

**Fee Owner(s)/Surface Owner(s)**

143.    Ascent Resources Marcellus Minerals, LLC, a limited liability company, is a record title holder of Tract No. 20, as described in **Exhibit B-20**, by virtue of that certain Quitclaim Mineral Deed, recorded in the Tyler County, West Virginia Recorder's Office on February 10, 2016, in Book 520, Page 782.

144.    Paul A. Brunner, an individual, is a record title holder of Tract No. 20, as described in **Exhibit B-20**, by virtue of that certain General Warranty Deed, recorded in the Tyler County, West Virginia Recorder's Office on November 27, 1991, in Book 292, Page 716.

145.    Jannett S. Doak, an individual, is a record title holder of Tract No. 20, as described in **Exhibit B-20**, by virtue of that certain Affidavit of Heirship, recorded in the Tyler County, West Virginia Recorder's Office on December 3, 2014, in Book 462, Page 820

64

**Other Parties in Interest**

146.     All Other Parties in Interest who may claim some form of interest in Tract No. 20, as described in **Exhibit B-20**, are set forth in **Exhibit B-20**.

*\*\**

**Wetzel County**

**Tract No. 21**

**(WV-WZ-0063.000)**

147.     The legal description of Tract No. 21, along with the specific easement interests in and to Tract No. 21 that Columbia seeks (i.e., the uses for which the property is to be taken and the interests to be acquired), are depicted and described in detail in **Exhibit B-21**, which is attached hereto and incorporated herein by this reference.

148.     The following individuals and/or entities may claim an interest in Tract No. 21:

**Fee Owner(s)/Surface Owner(s)**

149.     Norman E. Keeney, Jr. and Nancy M. Keeney, individuals, are the record title holders of Tract No. 21, as described in **Exhibit B-21**, by virtue of that certain General Warranty Deed, recorded in the Wetzel County, West Virginia Recorder's Office on June 9, 1989, in Book 330, Page 64.

**Other Parties in Interest**

150.     All Other Parties in Interest who may claim some form of interest in Tract No. 21, as described in **Exhibit B-21**, are set forth in **Exhibit B-21**.

105623662\V-8

**Tract No. 22**

**(WV-WZ-0067.000)**

151.    The legal description of Tract No. 22, along with the specific easement interests in and to Tract No. 22 that Columbia seeks (i.e., the uses for which the property is to be taken and the interests to be acquired), are depicted and described in detail in **Exhibit B-22**, which is attached hereto and incorporated herein by this reference.

152.    The following individuals and/or entities may claim an interest in Tract No. 22:

**Fee Owner(s)/Surface Owner(s)**

153.    Appalachia Midstream Services, LLC, a limited liability company, is the record title holder of Tract No. 22, as described in **Exhibit B-22**, by virtue of that certain General Warranty Deed, recorded in the Wetzel County, West Virginia Recorder's Office on October 27, 2015, in Book 446, Page 617.

**Other Parties in Interest**

154.    All Other Parties in Interest who may claim some form of interest in Tract No. 22, as described in **Exhibit B-22**, are set forth in **Exhibit B-22**.

**Tract No. 23**

**(WV-WZ-0070.000)**

155.    The legal description of Tract No. 23, along with the specific easement interests in and to Tract No. 23 that Columbia seeks (i.e., the uses for which the property is to be taken and the interests to be acquired), are depicted and described in detail in **Exhibit B-23**, which is attached hereto and incorporated herein by this reference.

156.    The following individuals and/or entities may claim an interest in Tract No. 23:

105623662\V-8

**Fee Owner(s)/Surface Owner(s)**

157.    Catherine L. Goddard and James M. Ledergerber, individuals, are the record title holders of Tract No. 23, as described in **Exhibit B-23**, by virtue of that certain General Warranty Deed, recorded in the Wetzel County, West Virginia Recorder's Office on November 21, 1990, in Book 334, Page 15.

**Other Parties in Interest**

158.    All Other Parties in Interest who may claim some form of interest in Tract No. 23, as described in **Exhibit B-23**, are set forth in **Exhibit B-23**.

**Tract No. 24**

**(WV-WZ-0131.000)**

159.    The legal description of Tract No. 24, along with the specific easement interests in and to Tract No. 24 that Columbia seeks (i.e., the uses for which the property is to be taken and the interests to be acquired), are depicted and described in detail in **Exhibit B-24**, which is attached hereto and incorporated herein by this reference.

160.    The following individuals and/or entities may claim an interest in Tract No. 24:

**Fee Owner(s)/Surface Owner(s)**

161.    Ada L. Riggs, an individual, is a record title holder of Tract No. 24, as described in **Exhibit B-24**, by virtue of that certain Will, recorded in the Wetzel County, West Virginia Recorder's Office on November 22, 1981, in Book 67, Page 189, and that certain Deed, recorded in the Wetzel County, West Virginia Recorder's Office on November 22, 1981, in Book 460, Page 72.

162.    Deborah Lynn Robinson a/k/a Debra Lynn Robinson Bever, an individual, is a record title holder of Tract No. 24, as described in **Exhibit B-24**, by virtue of that certain Will,

recorded in the Wetzel County, West Virginia Recorder's Office on November 22, 1981, in Book 67, Page 189, and that certain Deed, recorded in the Wetzel County, West Virginia Recorder's Office on November 22, 1981, in Book 460, Page 72.

163.    Kevin Goff, an individual, is a record title holder of Tract No. 24, as described in **Exhibit B-24**, by virtue of that certain Deed, recorded in the Wetzel County, West Virginia Recorder's Office on April 25, 2007, in Book 409, Page 563.

**Other Parties in Interest**

164.    All Other Parties in Interest who may claim some form of interest in Tract No. 24, as described in **Exhibit B-24**, are set forth in **Exhibit B-24**.

*** 

**WHEREFORE**, Columbia prays that this Court enter an Order:

a)    Bifurcating the issues of (1) the determination of Columbia's right to acquire the property interests at issue through the exercise of eminent domain, and (2) just compensation for the taking(s);

b)    Declaring that Columbia is entitled to acquire the Easements for the purposes set forth herein;

c)    Finding in favor of Columbia and authorizing Columbia to condemn the Easements identified and described herein;

d)    Pursuant to the preliminary injunction moving papers filed contemporaneously herewith, granting Columbia immediate access to and use of the Easements identified and described herein, prior to the determination of just compensation, upon the posting of security required by the Court to begin pre-construction activities and construction of the Facilities while the issue of just compensation for the taking is resolved in this Court; and

105623662\V-8

e)      Ordering such other and further relief as may be appropriate under the circumstances, including, without limitation, such orders as may be necessary to effect the granting of the Easements sought herein to Columbia.


Dated:  January 12, 2018                    Respectfully submitted,

                                            /s/      Lori A. Dawkins
                                            Lori A. Dawkins (WV Bar No. 6880)
                                            William O'Brien (WV Bar No. 10549)
                                            John Pizzo (WV Bar No. 12680)
                                            Steptoe & Johnson PLLC
                                            400 White Oaks Boulevard
                                            Bridgeport, WV 26330
                                            T:  (304) 933-8000
                                            F:  (304) 933-8183
                                            lori.dawkins@steptoe-johnson.com
                                            william.obrien@steptoe-johnson.com
                                            john.pizzo@steptoe-johnson.com

                                            John Haug (to be admitted *pro hac vice*)
                                            David Fedder (to be admitted *pro hac vice*)
                                            Sarah Carlson (to be admitted *pro hac vice*)
                                            Dentons US LLP
                                            211 N. Broadway Suite 3000
                                            St. Louis, MO 63102
                                            T:  314.259.1800
                                            F:  314.259.5959
                                            john.haug@dentons.com
                                            david.fedder@dentons.com
                                            sarah.carlson@dentons.com

                                            *Attorneys for Plaintiff Columbia Gas Transmission,*
                                            *LLC*

105623662\V-8